IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 AUG 23  P 4: 56

In the Matter of the Extradition of )
MARIA del ROSARIO MORENO-VAZQUEZ, ) CV. NO. 3:06cv761-MEF
   a/k/a MARIA COONLEY, )
)
)

### Notice to Consolidate

The United States of America gives notice through this pleading that the civil filing in this case, having been made on today's date, should be consolidated with the criminal filings previously made in the matter styled "IN THE MATTER OF THE EXTRADITION OF MARIA DEL ROSARIO MORENO VAZQUEZ," a fugitive from the Government of Mexico, Cr. Misc. No. 982.

Respectfully submitted this 23rd day of August, 2006.

                                          LEURA G. CANARY
                                          UNITED STATES ATTORNEY

                                          /s/ Christopher A. Snyder
                                          CHRISTOPHER A. SNYDER
                                          Assistant United States Attorney
                                          One Court Square, Suite 201
                                          Montgomery, AL 36104
                                          Phone: (334)223-7280
                                          Fax: (334)223-7135
                                          E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of<br>MARIA del ROSARIO MORENO-VAZQUEZ,<br>a/k/a MARIA COONLEY | )<br>)<br>) CV. NO. 3:06cv761-MEF<br>)<br>) |

### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon:

Mr. Ben Elton Bruner
P.O. Box 231419
Montgomery, AL 36123-1419
Fax: (334) 323-4463

attorney for Ms. Moreno-Vazquez, via facsimile.

All on this the 23rd day of August, 2006.

_____
CHRISTOPHER A. SNYDER