IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of<br>MARIA del ROSARIO MORENO-VAZQUEZ,<br>a/k/a MARIA COONLEY | )<br>)<br>)   3:06CV761-MEF<br>)<br>) |

**Notice of Redaction and Correction
of Initial Extradition Memorandum**

At the request of the Clerk's Office, the United States gives notice that it has attached a redacted and corrected copy of its Initial Extradition Memorandum. The Clerk's Office requested the redacted version of the Memorandum to comply with the Middle District's General Order 2:04mc3228 and so that the Memorandum may be placed for public viewing on the Court's CM/ECF system. Additionally, several minor typographical errors have been corrected. The substance of the Memorandum, however, has not been changed.

Respectfully submitted this 24th day of August, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of<br>MARIA del ROSARIO MORENO-VAZQUEZ,<br>a/k/a MARIA COONLEY | )<br>)<br>)   3:06CV761-MEF<br>)<br>) |

### Certificate of Service

I hereby certify that I have served a copy of the foregoing upon:

Mr. Ben Elton Bruner
P.O. Box 231419
Montgomery, AL 36123-1419
Fax: (334) 323-4463

attorney for Ms. Moreno-Vazquez, via facsimile.

All on this the 24th day of August, 2006.

_____
CHRISTOPHER A. SNYDER