DC 100 (4/82) ⊕

# MISCELLANEOUS DOCKET
## UNITED STATES DISTRICT COURT

**DOCKET NO.** ▶ CR MISC 922    **COODY**

| TITLE OF CASE | ATTORNEYS |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MARIA DEL ROSARIO MORENO-VAZQUEZ | For plaintiff: AUSA TODD BROWN<br><br><br>For defendant:<br><br>Ben E. Bruner<br>2836 Zelda Road<br>Montgomery, AL   36106<br>(Retained) |

| MEMORANDA | DATE | NAME OR RECEIPT NO. | RECEIVED | DISBURSED |
|---|---|---|---|---|
|  |  |  |  |  |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12-16-05 | Govt Complaint [SEALED] |  |
| 12-16-05 | Mag. Judge Boyd's ORDER granting issuance of Warrant [SEALED] |  |
| 12-16-05 | Warrant Issued [SEALED] |  |
| 12-22-05 | USM's return on arrest warrant; executed 12/21/05. |  |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 12/21/05 | Defendant arrested. | |
| 12/22/05 | Appearance Bond - Non-surety $25,000.00.  (Copies mailed to defendant & counsel; furnished to USA, USM, USPTS) | |
| 12/22/05 | Order Setting Conditions of Release (Copies mailed to defendant & counsel; furnished to USA, USM, USPTS) | |
| 12/22/05 | Courtroom Deputies Minutes:  Initial Appearance held before Mag. Judge Charles S. Coody. | |
| 3-23-06 | Deft's motion to remove electronic monitoring. Referred to Mag. Judge Boyd. Coody. | |
| 4/4/06 | ORDER granting Motion to Remove Electronic Monitoring as a Condition of Release.  (COPIES to USA, USM, USPO, USPTS, DEFT, COUNSEL) | |
| 8/8/06 | ORDER setting Status Conference for 8/18/06 @ 2:00 p.m..  Counsel should be prepared to fully discuss how and in what time this case should proceed.  (Copies to USA, Counsel for Deft, USM, USPO, DEFT) | |
| 8/17/06 | Notice of Appearance of Additional Counsel for USA filed by Christopher Snyder. | |
| 8/17/06 | Case Status Updated filed by USA. | |
| 8/18/07 | CRD Minutes of Status COnference held on 8/18/06 before Mag. Judge Charles S. Coody. | |

# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

**HON. CHARLES S. COODY, MAG. JUDGE    AT    MONTGOMERY, ALABAMA**

**DATE COMMENCED:    8/18/06        AT    2:00 p.m. to 2:04 p.m.**

**DATE COMPLETED:    8/18/06        AT    Digital Recorded**


IN THE MATTER OF THE EXTRADITION
OF MARIA DEL ROSARIO MARENO VAZQUES        CR. MISC. NO. 982


| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Atty. Christopherf Snyder | * | Atty. Ben Bruner |

## COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON            LAW CLERK: CORRIE LONG


( X ) OTHER PROCEEDINGS:  **STATUS CONFERENCE**


# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Status Conf - Cr. Misc. No. 982 | | |
|---|---|---|---|
| Date | 8 /18/2006 | Location | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 2 :00:48 PM | Court | Court convenes; parties present as noted; Discussion as to case status; Discussion as to second extradiction warrant issued; |
| 2 :01:29 PM | Atty Bruner | Response ; |
| 2 :01:39 PM | Court | There is something coming; |
| 2 :01:44 PM | Atty. Snyder | Response that the Mexicon Govt. has issued a warrant for forgery of a public document; The contact person at the Dept of Justice will put in a request to expedite request from the state dept to get the documents finalized and translated; |
| 2 :02:13 PM | Court | Discussion as to the agreement of the parties that the court set matter for a hearing in about 60 days; |
| 2 :02:33 PM | Atty. Bruner | Response; Discussion as to discovery issues; |
| 2 :03:18 PM | Court | She will need an inital appearance once paperwork comes in; Will set extradiction hrg 60 days prior to todays date,, then have an initial appearance when paperwork comes in; |
| 2 :04:06 PM | Atty. Bruner | We talked about having a scheduling conf when that paper work comes in; The Govt. is going to file the civil suit next week; |
| 2 :04:09 PM | Atty. Synder | Response; |
| 2 :04:26 PM | Court | Will wait until that is filed; Court is recessed; |

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA** RECEIVED
**EASTERN DIVISION**

2006 AUG 17  P 2: 08

In the Matter of the Extradition of )
MARIA del ROSARIO MORENO- )
VAZQUEZ )
)

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
**Cr. Misc. No. 982**

---

### United States' Case Status Update

---

In preparation of and for the efficiency of this Court's August 18, 2006 Status

Conference, the United States provides the Court with the following case status update:

1.      At the initial appearance in this case, the Court instructed the United States

and defense counsel to meet with the Clerk's Office to determine the appropriate way to

docket this case.  Shortly thereafter, Assistant United States Attorney Todd Brown and

counsel for  Maria del Rosario Moreno-Vazquez, Ben Bruner, Esq. met with Chief

Deputy Clerk Yvonne Goodloe.  At or soon after this meeting, Ms. Goodloe contacted the

Clerk's Office for the Central District of California because that District had the highest

number of extradition cases docketed.  At or soon after this meeting, it was determined

that the case should be filed as a civil matter.

2.      AUSA Brown then spoke with several other judicial districts regarding

typical procedures for extradition cases, while Mr. Bruner used the time to investigate his

client's case.

3.      Upon discussions with the United States, Mr. Bruner has indicated that he

has completed his preliminary investigations. The United States has been briefed on the typical procedures for extradition cases in other judicial districts.

4.      Currently AUSA Brown is on leave and serving in the military in Iraq. Recently, this case was reassigned to Assistant United States Attorney Christopher Snyder during AUSA Brown's absence.

5.      After reviewing the files in this case and reviewing the procedures from other judicial districts, the United States is prepared to file the following on or before next Wedensday, August 23, 2006: (1) Filing of Original Formal Extradition Papers and Request for Extradition; (2) Notice to Consolidate (this criminal miscellaneous case with the new civil case); and (3) the United States' Initial Extradition Memorandum (which outlines the procedural background, legal issues, and applicable law pertaining to this extradition request).

6.      Additionally, today, the United States has been informed from its contact at the Justice Department's Office of International Affairs that a second extradition request recently has been received from the Mexican Government. The second extradition request concerns a new Mexican charge – forgery of a public document. This request has not been finalized because the Office of International Affairs is still awaiting the official translations of the documents from the State Department. The United States has been advised, however, that the documents will soon be transmitted to Alabama. Once these documents arrive, Ms. Moreno-Vazquez will be entitled to a second initial appearance on

-2-

the new charges.

7.    Based on these developments, the United States has conferred with Mr. Bruner. It is both parties' desire to have all matters adjudicated together and to have a scheduling order set for this case. The parties suggest that an extradition hearing be set for sixty days from the United States' Filing of Original Formal Extradition Papers and Request for Extradition.

Respectfully submitted this the 17th  day of August, 2006.

> LEURA GARRETT CANARY
> UNITED STATES ATTORNEY
>
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> One Court Square, Suite 201
> Montgomery, AL 36104
> Phone: (334)223-7280
> Fax: (334)223-7135
> E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

2006 AUG 17 P 2: 09

|  |  |  |
|---|---|---|
| In the Matter of the Extradition of | ) | DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |
| MARIA del ROSARIO MORENO-<br>VAZQUEZ | ) | Cr. Misc. No. 982 |
|  | ) |  |
|  | ) |  |

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon:

Mr. Ben Elton Bruner
P.O. Box 231419
Montgomery , AL 36123-1419
Fax: (334) 323-4463

attorney for Ms. Moreno-Vazquez, via facsimile.

All on this the 17th day of August, 2006.

CHRISTOPHER A. SNYDER

-4-

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

In the Matter of the Extradiction of )                    2006 AUG 17  P 2: 09
MARIA DEL ROSARIO MORENO VAZQUEZ )
INC., etc. )                                               DEBRA P. HACKETT, CLK
)                                                          Cr. Misc. No. 982
)

## UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United

States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant

United States Attorney Christopher A. Snyder, who will be serving as additional counsel of record

for the United States in this matter.

Respectfully submitted this the 17th of August, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


CHRISTOPHER A. SNYDER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Extradiction of | ) | |
| MARIA DEL ROSARIO MORENO VAZQUEZ | ) | CR. MISC. NO. 982 |
| INC., etc., | ) | |

**ORDER**

For good cause, it is

ORDERED this matter be and is hereby set for a status conference on August 18,

2006, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church

Street, Montgomery, Alabama.  Counsel should be prepared to fully discuss how and in

what time frame this case should proceed.

Done this 8th day of August, 2006.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

APR − 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE MATTER OF THE EXTRADITION   )
OF MARIA DEL ROSARIO MARENO        )
VAZQUEZ                             )        CR. MISC. NO.: 982
                                    )
                                    )

## ORDER

Upon consideration of the *Defendant's Motion to Remove Electronic Monitoring*

*as a Condition of Release* filed on March 23, 2006 in the above-referenced case,  it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this _____ day of April, 2006.

_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE

FILED

IN THE DISTRICT COURT OF THE UNITED STATES
RECEIVED FOR THE MIDDLE DISTRICT OF ALABAMA

MAR 2 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE MATTER OF THE EXTRADITION )
OF MARIA DEL ROSARIO         )    CR. MISC. NO. 982
MARENO VAZQUEZ               )

## MOTION TO REMOVE ELECTRONIC MONITORING OF MARIA DEL ROSARIO MARENO VAZQUEZ AS A CONDITION OF RELEASE

COMES NOW, The respondent, and requests that she be released from electronic monitoring. As grounds therefor, the respondent offers that she has complied with all conditions of release to date. As it appears that this case could take some time to complete, and the respondent desires not to return to Mexico, electronic monitoring is not necessary to ensure her appearance in this cause.

Respectfully submitted,

Ben E. Bruner (BRU 001)
Attorney for Respondent
2835 Zelda Road
Montgomery, Alabama 36106
(334) 323-4462
FAX (334) 323-4463

## CERTIFICATE OF SERVICE

The undersigned Ben E. Bruner hereby certifies that a true copy of this document was served upon the below listed counsel by enclosing same in an envelope postpaid for first class handling which bore the sender's name and return address and which was addressed to said attorney at his post office address and which was deposited in a U. S. Post Office Depository in Montgomery, Alabama on the 2 3 day of _March_, 2006.

Todd Brown, Esq.
P.O. Box 197
Montgomery, Alabama 36101

_____
Ben E. Bruner

# COURTROOM DEPUTY MINUTES  MIDDLE DISTRICT OF ALABAMA

===============================================================================

√ **INITIAL APPEARANCE**                    **DATE: December 22, 2005**
❑ **BOND HEARING**
❑ **DETENTION HEARING**                     **Digital Recording 4:30 - 4:50**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
❑ **ARRAIGNMENT**

===============================================================================

**PRESIDING MAG. JUDGE: Charles S. Coody  DEPUTY CLERK: Joyce Taylor**

**CASE NO. Cr. Misc No. 982    DEFENDANT NAME: Maria Del Rosario Moreno Vazquez**

**AUSA: Todd Brown                     DEFT. ATTY: Ben Bruner**

**Type Counsel: ( √ )Retained; ( ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Tamara Martin**

**Interpreter needed: ( √ ) NO; ( )YES  Name:**

_____

| | |
|---|---|
| √ | Date of Arrest December 22, 2005 or ❑ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator |
| ❑ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❑ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| √ | Deft. Advises he will retain counsel.  Has retained Ben Bruner |
| ❑ | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑set for |
| ❑ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❑ | Bond not executed. Defendant to remain in Marshal's custody |
| ❑ | Deft. ORDERED REMOVED to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❑ | ARRAIGNMENT ❑HELD. Plea of NOT GUILTY entered. ❑Set for DISCOVERY DISCLOSURE DATE: |
| ❑ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*\*Defendant did not waive extradition hearing.  Court will set extradition hearing by order.**

**\*\*Discussions regarding whether or not extradition matter should be set up as a civil case.**

**\*\*Court states that this proceeding be made a part of the record of the civil case at the time the civil proceeding is opened.**

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE   District of   ALABAMA

## WARRANT FOR ARREST

In The Matter of the Extradition of
MARIA DEL ROSARIO MORENO VAZQUEZ

Case Number:   CR. MISC. NO.   982

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

MARIA DEL ROSARIO MORENO VAZQUEZ

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with   (brief description of offense)

being a fugitive from a foreign country (Mexico) to the United States

in violation of Title   18   United States Code, Section(s)   3184

DELORES R. BOYD
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

12/16/2005           U.S. COURTHOUSE, MONTGOMERY, AL
Date and Location

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE   District of   ALABAMA

## WARRANT FOR ARREST

In The Matter of the Extradition of
MARIA DEL ROSARIO MORENO VAZQUEZ

Case Number:   CR. MISC. NO.    982

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

MARIA DEL ROSARIO MORENO VAZQUEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

being a fugitive from a foreign country (Mexico) to the United States

RETURNED AND FILED

DEC 2 2 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

in violation of Title  18 _____ United States Code, Section(s)  3184

DELORES R. BOYD
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

12/16/2005
Date and Location

U.S. COURTHOUSE, MONTGOMERY, AL

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Salen AL | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  Bob Wood  Dusm | SIGNATURE OF ARRESTING OFFICER  Bob Wood |
| DATE OF ARREST  12/21/05 | | |



## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE MATTER OF               )
OF THE EXTRADITION OF      ) CR. MISC. NO.  982
MARIA DEL ROSARIO MORENO VAZQUEZ )

## ORDER

BEFORE ME, a United States Magistrate Judge for the Middle District of Alabama,

personally appeared Todd A. Brown, Assistant United States Attorney for the Middle District of

Alabama, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C.

§ 3184, sets forth facts on the basis of which I find probable cause to believe that MARIA DEL

ROSARIO MORENO VAZQUEZ should be apprehended and brought before this Court to the end

that the evidence of criminality may be heard and considered as provided in Title 18, United States

Code, Section 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of MARIA DEL ROSARIO

MORENO VAZQUEZ be issued.

DONE this 16th day of December, 2005.

_____
Delores R. Boyd
United States Magistrate Judge