IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| In the Matter of the Extradition of | ) |
| MARIA del ROSARIO MORENO-VAZQUEZ, | ) CV. NO. 3:06cv761-MEF-CSC |
| a/k/a MARIA COONLEY | ) |

## UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Todd A. Brown, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 25th of September, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
ASB-1901-O64T
todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| **In the Matter of the Extradition of**<br>MARIA del ROSARIO MORENO-VAZQUEZ,<br>   a/k/a MARIA COONLEY | )<br>)<br>) CV. NO. 3:06cv761-MEF-CSC<br>)<br>) |

### Certificate of Service

I hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Ben Elton Bruner.

    /s/ Todd A. Brown
    TODD A. BROWN
    Assistant United States Attorney