IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-761-MEF |
| | ) |
| MARIA del ROSARIO MORENO-VAZQUEZ, d/k/a Maria Coonley, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #9) filed on September 25, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE