IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| | ) | |
| MARIA del ROSARIO | ) | CIVIL ACTION NO. 3:06cv761-MEF |
| MORENO-VAZQUES a/k/a MARIA | ) | |
| COONLEY | ) | |

**ORDER**

For good cause, it is

ORDERED that this matter be and is hereby SET for a scheduling and status conference at 4:00 p.m. on October 11, 2006 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 28th day of September, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE