# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN, DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, MAG. JUDGE** | **AT** | **MONTGOMERY, ALABAMA** |
| **DATE COMMENCED:** 10/11/06 | **AT** | 3:59 p.m. to 4:08 p.m |
| **DATE COMPLETED:** 10/11/06 | | FTR Recorded |

UNITED STATES OF AMERICA

    Plaintiff

vs..     CASE NO. 2:06CV761-MEF-CSC

MARIA del ROSARIO MORENO-VAZQUEZ

    Defendant

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Todd Brown | | Atty. Ben Bruner |

### COURT OFFICIALS PRESENT:

COURTROOM DEPUTY: WANDA STINSON     LAW CLERK: CORRIE LONG

( X ) OTHER PROCEEDINGS:    ***STATUS/SCHEDULING CONFERENCE***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Scheduling/Status Conf - 3:06cv761-MEF-CSC | | |
|---|---|---|---|
| Date | 10/11/2006 | Location | Courtroom 4B |

| Time | Speaker | Note | |
|---|---|---|---|
| 3:59:52 PM | Court | Court convenes; parties present as noted; Discussions as to status re: extradition; | |
| 4:00:21 PM | Atty. Bruner | Addresses the court; | |
| 4:00:25 PM | Atty. Brown | Addresses the court; there was an additional arrest warrant from Mexico; | |
| 4:00:44 PM | Court | What is the difference in that and the first arrest warrant; | |
| 4:00:48 PM | Atty. Brown | Response; the first one was for improperly bringing children into the US; the new charge is an allegation of fradulent documentation, adulterating the passports in such away that would allow the children to be brought over; | |
| 4:01:15 PM | Atty. Bruner | Response; they are just adding or superseding an indictment to add the forgery charge; | |
| 4:01:58 PM | Atty. Brown | Addresses the court re: need to have extradition hearing; | |
| 4:02:31 PM | Atty. Bruner | Addresses the court; We could be ready to do this in February to deal with expert issue; | |
| 4:04:37 PM | Court | Have not read it | |
| 4:04:42 PM | Atty. Bruner | Addresses the court as to the petition; | |
| 4:05:02 PM | Court | This matter is before the court has a civil proceeding; Addresses concerns that it's a civil proceeding relating to underlying criminal charges in foreign state; Is there any need or obligation on part of the court to candiate an initial appearance; | |
| 4:05:32 PM | Atty. Bruner | Response; Agreed to take service of second petition than having the Marshals go out; Hopefully, if the govt. would agree to continue her under the same conditions of release; | |
| 4:06:48 PM | Court | Addresses the deft as to her understanding to the pending charges in the petition; | |
| 4:06:56 PM | Atty. Brown | Addresses the court as to guidence given terms of an intial appearance is the possiblity of waiving or consenting to the extradition any rights to counsel, a date for bail hrg, timing for extradition hrg. we covered those at the first initial appearance; | |
| 4:07:22 PM | Court | Addresses the deft as to her understanding of her rights; Currently on bond now; Will set the hearing for some time in February; | |
| 4:07:53 PM | Atty. Bruner | Addresses the court;; | |
| 4:08:13 PM | Court | Court is recessed. | |