IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| In the Matter of the Extradition of<br>MARIA DEL ROSARIO MORENO VAZQUEZ,<br>   a/k/a MARIA COONLEY | )<br>)<br>)CV. NO. 3:06cv761-MEF-CSC<br>)<br>) |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Christopher A. Snyder, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 24th of March, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| In the Matter of the Extradition of <br> MARIA del ROSARIO MORENO-VAZQUEZ, <br> a/k/a MARIA COONLEY | ) <br> ) <br> ) CV. NO. 3:06cv761-MEF-CSC <br> ) <br> ) |

**Certificate of Service**

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Ben Elton Bruner.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER