IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of the Extradition of             )
MARIA del ROSARIO MORENO-VAZQUES  )  CIVIL ACTION NO. 3:06cv761-MEF
    a/k/a MARIA COONLEY                  )

**ORDER**

Upon consideration of the motion for a status conference (doc. # 14) filed on March 31, 2008, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that this matter be and is hereby SET for a scheduling and status conference at 9:00 a.m. on April 4, 2008 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 31st day of March, 2008.

                                  /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE