IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| | ) | |
| MARIA del ROSARIO | ) | CIVIL ACTION NO. 3:06cv761-MEF |
| MORENO-VAZQUES | ) | |
| a/k/a MARIA COONLEY | ) | |

**ORDER**

For good cause, it is

ORDERED as follows:

1. That on or before April 18, 2008, the United States shall file its Supplemental Extradition Memorandum.

2. That on or before May 2, 2008, the respondent shall file her response to the United States' Extradition Memorandum.

3. That on or before May 9, 2008, the United States may file a reply to the Respondent's response.

Done this 4th day of April, 2008.

　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE