IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ ) | 3:06-CV-761-MEF-CSC |
| a/k/a MARIA COONLEY ) | |

## United States's Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Exhibit List, Witness List, and Deposition Designations (Doc. No. 22), which has being filed approximately 30 minutes after its due date.

Respectfully submitted this 22nd day of May, 2008,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

## Certificate of Service

I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Ben Elton Bruner.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER