IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| | ) | |
| MARIA del ROSARIO | ) | CIVIL ACTION NO. 3:06cv761-MEF |
| MORENO-VAZQUES a/k/a MARIA | ) | |
| COONLEY | ) | |

ORDER

Upon consideration of the United States' motion to permit filing, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 23rd day of May, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       UNITED STATES MAGISTRATE JUDGE