IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In The Matter of the Extradition of ) | |
| ) | |
| MARIA del ROSARIO MORENO-VAZQUES ) | CIVIL ACTION: 3:06-CV-761-MEF |
| a/k/a MARIA CONLEY ) | |

**ORDER**

Pursuant to the Evidentiary Hearing that is presently set in this matter for June 11, 2008 at 9:00 a.m., it is hereby

**ORDERED** that the Clerk of Court provide a court reporter for this proceeding.

Done this 28th day of May, 2008.

      /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE