**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In the Matter of the Extradition of | ) ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ | ) | 3:06-CV-761-MEF-CSC |
| a/k/a MARIA COONLEY | ) ) | |

## United States's Motion to Release Documents

The United States respectfully requests that Court release to the Government the certified documents with seals and ribbons, previously filed for the first and second extradition requests in this case. *See* Doc. Nos. 1 & 8 (notice of filing). The United States would like to review these documents at its office in preparation for the extradition hearing next Wednesday, June 10, 2008, especially in light of some of Moreno-Vazquez's concerns regarding document legibility.

These documents (or better copies of the originals if necessary) will be introduced at the hearing. Redacted electronic versions of these documents continue to be available on the Court's CM/ECF system. *See* Doc. Nos. 6 & 8 (redacted exhibits attached to notice).

Respectfully submitted this 3rd of June, 2008,

                                                      LEURA G. CANARY
                                                     UNITED STATES ATTORNEY

                                                     /s/ Christopher Snyder
                                                     CHRISTOPHER A. SNYDER
                                                     Assistant United States Attorney

                131 Clayton Street
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: christopher.a.snyder@usdoj.gov

**Certificate of Service**

  I hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Ben Elton Bruner.

                /s/ Christopher Snyder
                CHRISTOPHER A. SNYDER