IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In the Matter of the Extradition of<br>MARIA del ROSARIO MORENO-VAZQUEZ<br>a/k/a MARIA COONLEY | )<br>)<br>)<br>)<br>) | 3:06-CV-761-MEF-CSC |

### United States's Motion for Leave to Amend Exhibit List

The United States respectfully moves this Court to permit the filing of its Amended Exhibit List. The original exhibit list, Doc. No. 22, inadvertently omitted the following exhibit:

Exhibit E: Declaration of Andrew N. Keller with attachments (Diplomatic Note, Arrest Warrant, and Mexico-U.S. Extradition Treaty)

This exhibit is not new. It was originally filed with the Court and provided to the defendant in September, 2006 as part of the second extradition request. *See* Doc. No. 8.

The Amended Exhibit List, Witness List, and Deposition Designations, which only adds Exhibit E, is attached as "Attachment A."

Respectfully submitted this 5th of June, 2008,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: christopher.a.snyder@usdoj.gov

**Certificate of Service**

     I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Ben Elton Bruner.

                                         /s/ Christopher Snyder
                                         CHRISTOPHER A. SNYDER

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ | ) | 3:06-CV-761-MEF-CSC |
| a/k/a MARIA COONLEY | ) | |
|  | ) | |

**United States's Amended Exhibit List, Witness List, and Deposition Designations**

The pursuant to the Court's April 4, 2008 Order in this case,[1] and the provisions of Rule 26(a)(3) of the Federal Rules of Civil Procedure, the United States hereby identifies the exhibits, witnesses and depositions to be used for the June 11, 2008, extradition hearing in this matter.

**I.    Exhibit List[2] Expected to Be Offered at the Hearing**

   **A. Exhibits from the First Extradition Request:[3]**

   A.    Declaration of Andrew N. Keller with attachments (Diplomatic Note, Arrest Warrant, and Mexico-U.S. Extradition Treaty);

   B.    Certification of Document Entitled Judgment. Non Litigious Judicial Proceeding, Authorization for Leaving the Country;

   C.    Certification of Exhibits in Support of First Extradition Request;

   1.    Translation of Request for Issuance of Arrest Warrant (and Spanish Original);

---

[1] Doc. 17.

[2] The original exhibits and an electronic copy have already been filed with the Court for both extradition requests. *See* Doc. 1 (notice of filing original extradition exhibits); Docs. 6 & 8 (electronic redacted copies of extradition exhibits).

[3] Additionally, all exhibits have been previously provided to defense counsel on or about September 26, 2006. Recently, defense counsel has requested better copies of certain pages, which the United States is working with the Mexican Government to obtain.

2. Translation of Denouncement by Appearance of Fernando Castillo Tapia (and Spanish Original);

3. Agreement of Filing (and Spanish Original);

4. Castillo-Tapia Filing re. Family Dispute (and Spanish Original);

5. Letter from Moreno-Vazquez to Castillo-Tapia (and Spanish Original);

6. Custody Agreement (and Spanish Original);

7. Letter of Prof. Ana Cecilia Esquivel Hernandez (and Spanish Original);

8. Divorce Order (and Spanish Original);

9. L.F.C.M. Birth Certificate (and Spanish Original);

10. M.F.C.M. Birth Certificate (and Spanish Original);

11. Photos of L.F.C.M.;

12. Photo of M.F.C.M. & L.F.C.M.;

13. Photos of M.F.C.M.;

14. Photo of Moreno-Vazquez;

15. Castillo-Tapia University Credentials (and Spanish Original);

16. Request for Appearance of Moreno-Vazquez (and Spanish Original);

17. Request for Passport Documents (and Spanish Original);

18. Interpol Request (and Spanish Original);

19. Request to AeroMexico (and Spanish Original);

20. Vazquez-Saucedo Witness Statement (and Spanish Original);

21. Photo I.D. of Vazquez-Saucedo (and Spanish Original);

22. Receipt of Document (and Spanish Original);

23. Letter to Interpol (and Spanish Original);

24. Receipt of Document (and Spanish Original);

25. Moreno-Vazquez Passport Application (and Spanish Original);

26. Copy of Moreno-Vazquez Passport (and Spanish Original);

27. L.F.C.M. Passport Application (and Spanish Original);

28. Parental Permission to Issue Passport for L.F.C.M.(and Spanish Original);

29. Copy of Castillo-Moreno Passport (and Spanish Original);

30. M.F.C.M. Passport Application (and Spanish Original);

31. Parental Permission to Issue Passport for M.F.C.M..(and Spanish Original);

32. M.F.C.M. Passport (and Spanish Original);

33. Statement of Castillo-Tapia (and Spanish Original);

34. US Search Documents;

35. Receipt of Documents (and Spanish Original);

36. Request for Update on Status of Investigation (and Spanish Original);

37. Resolution of Proceedings (and Spanish Original);

38. Letter and Documents from AeroMexico (and Spanish Original);

39. Summons of Fernando-Castillo (and Spanish Original);

40. Attestation of Martin Marin Colin (and Spanish Original);

41. Exhibits from Expert Report (and Spanish Original);

42. Receipt of Document (and Spanish Original);

43. Fingerprint Report (and Spanish Original);

44. Expert Report (and Spanish Original);

45. Expert Report Exhibit(and Spanish Original);

46. Expert Report Exhibit(and Spanish Original);

47. Expert Report Exhibit(and Spanish Original);

48. Expert Report Exhibit(and Spanish Original);

49. Expert Report Exhibit(and Spanish Original);

50. Receipt of Document(and Spanish Original);

51. Expert Report (and Spanish Original);

52. Resolution on Consignment(and Spanish Original);

53. Warrant for Arrest, C.P. 108/04/III (and Spanish Original);

54. Request to the C. Judge on Duty in Naucalpan de Juarez (and Spanish Original);

55. Naucalpan de Juarez Order (and Spanish Original);

56. Naucalpan de Juarez Order Arrest Warrant (and Spanish Original);

57. Letter re. Case Against Moreno-Vazquez & Certification of Documents (and Spanish Original);

58. Copy of Pertinent Mexican Code Sections (and Spanish Original);

**B. Exhibits from the Second Extradition Request:[4]**

D. Certification of Documents

---

[4] *Id.*

  E.  Declaration of Andrew N. Keller with attachments (Diplomatic Note, Arrest Warrant, and Mexico-U.S. Extradition Treaty);

  59.  Ministerial Statement (and Spanish Original);

  60.  Letter re. Issuance of Passports & Passport Documents (and Spanish Original);

  61.  Screen Shot Mexican Passport Database for L.F.C.M (and Spanish Original);

  62.  Screen Shot Mexican Passport Database for Moreno-Vazquez (and Spanish Original);

  63.  Screen Shot Mexican Passport Database for M.F.C.M. (and Spanish Original);

  64.  Letter and Exhibits re. Handwriting Report (and Spanish Original);

  65.  Fingerprint Report and Exhibits (and Spanish Original);

  66.  Findings of Judge in Naucalpan de Juarez and Attached Letter (and Spanish Original);

  67.  Request for Receipt of the Judge in the Federal District (and Spanish Original);

  68.  Findings and Issuance of Arrest Warrant of the Judge in the Federal District (and Spanish Original);

  69.  Copy of Pertinent Mexican Code Sections (and Spanish Original);

## II. Witness List

Because this is an extradition matter, the United States does not anticipate calling any witnesses.[5]

---

[5] A long line of Supreme Court and Circuit Court cases state that extradition treaties do not contemplate the introduction of testimony of live witnesses at extradition proceedings. *Yordi v. Nolte*, 215 U.S. 227, 231 (1909) (To do otherwise "would defeat the whole object of the treaty."); *accord Bingham v. Bradley*, 241 U.S. 511, 517 (1916); *United States v. Zanazanian*, 729 F.2d 624, 626-627 (9th Cir. 1984) (applying *Bingham* to extradition to Sweden); *Shapiro* v. *Ferrandina*, 478 F.2d 894, 902 (2nd Cir. 1973) (obviating necessity of confronting accused with witnesses against him is "one of the prime objects of bi-lateral extradition agreements"); *In the Matter of Surrender of Ntakirutimana*, 988 F. Supp. 1038, 1042 (S.D. Tex. 1997), *aff'd*, 184 F.3d 419 (5th Cir. 1999).

**III.    Deposition Designations**

The United States does not anticipate introducing any depositions.

Respectfully amended this the 5th day of June, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ Christopher Snyder
                CHRISTOPHER A. SNYDER
                Assistant United States Attorney
                131 Clayton Street
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: christopher.a.snyder@usdoj.gov