IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of the Extradition of        )
                                            )
MARIA del ROSARIO MORENO-VAZQUES  )  CIVIL ACTION NO. 3:06cv761-MEF
    a/k/a MARIA COONLEY              )

**ORDER**

Now pending before court is the United States' motion to release documents (doc. # 27). The documents have been made available to the United States. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 6th day of June, 2008.

                                      /s/Charles S. Coody
                                CHARLES S. COODY
                                UNITED STATES MAGISTRATE JUDGE