**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In the Matter of the Extradition of** | ) | |
| **MARIA del ROSARIO MORENO-VAZQUEZ** | ) | **3:06-CV-761-MEF-CSC** |
| **a/k/a MARIA COONLEY** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Comes now the undersigned attorney, Andrea Tisi, Senior Trial Attorney for the

U.S. Department of Justice's Office of International Affairs and enters her appearance as

an attorney of record for the United States of America, in the above-styled case.

Respectfully submitted this 6th day of June, 2008.


By: /s/ Andrea Tisi
     Andrea Tisi
     Senior Trial Attorney
     Office of International Affairs
     Criminal Division
     U.S. Department of Justice
     Phone: (202) 353-4469
     Fax: (202) 514-0080
     E-mail: Andrea.Tisi@usdoj.gov

     s/ Christopher Snyder
     CHRISTOPHER A. SNYDER
     Assistant United States Attorney
     131 Clayton Street
     Montgomery, AL 36104
     Phone: (334) 223-7280
     Fax: (334) 223-7135
     E-mail: christopher.a.snyder@usdoj.gov

## **Certificate of Service**

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing

to the following:  Ben Elton Bruner.

/s/ Andrea Tisi
ANDREA TISI

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER