**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In the Matter of the Extradition of** | ) | |
| **MARIA del ROSARIO MORENO-VAZQUEZ** | ) | **3:06-CV-761-MEF-CSC** |
| **a/k/a MARIA COONLEY** | ) | |
| | ) | |

---

## United States's Notice of Filing Color Copies of Original Formal Extradition Papers

The United States gives notice through this pleading that it is filing the attached color copies of original Spanish documents for this case, which the defense counsel requested because he had indicated that his copies were difficult to read.[1]  The exhibits attached were obtained from the Mexican Government through diplomatic channels and are identical to the relevant portions of exhibits #2, 25-31, 38-39, 41, 44-46, and 51 in the original extradition materials. Color copies of these documents have previously been hand-delivered to the fugitive's counsel.

Respectfully submitted this the 9th of June, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: christopher.a.snyder@usdoj.gov

---

[1] The fugitive, through her counsel, has never objected to any of the documents, as was required by this Court's April 4, 2008 order. *See* Doc. 17.

/s/ Andrea Tisi
Andrea Tisi
Senior Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Phone: (202) 353-4469
Fax: (202) 514-0080
E-mail: Andrea.Tisi@usdoj.gov

**Certificate of Service**

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Ben Elton Bruner.

/s/ Christopher Snyder
CHRISTOPHER A. SNYDER

008



PROCURADURIA GENERAL
DE LA
REPÚBLICA



IE DISTRITO
IEXICO, EN
E JUAREZ.

*DENUNCIA POR COMPARECENCIA DE FERNADO CASTILLO TAPIA.*

- - - En la Ciudad de México Distrito Federal, siendo las 11:00 once horas, del día 22 veintidós de marzo  de 2004 dos mil cuatro, ante el suscrito Licenciado MARTÍN MARÍN COLÍN, agente del Ministerio Público de la Federación adscrito a la Unidad Especializada en investigación de Tráfico de Menores, Indocumentados y Òrganos, quien actúa en forma legal con testigos de asistencia que al final firman y dan fe, comparece el C. JOSÉ FERNANDO CASTILLO TAPIA, quien se identifica con credencial que lo acredita  como trabajador de la Universidad Nacional Autónoma de México como Académico con número 92082, expedida por dicha universidad,  cual con fundamento en el artículo 208 del Código Federal de Procedimientos Penales, se DA FE de tener a la vista, y se ordena devolver al compareciente por no haber impedimento legal alguno para ello, agregándose copia debidamente certificada del mismo a las presentes actuaciones para constancia legal. A continuación  se le hace saber al compareciente el contenido del artículo 127 Bis del Código Federal de Procedimientos Penales  en relación a que tiene derecho a estar debidamente  asistido por un abogado que para el efecto se nombre por lo que en este momento se reserva ese derecho,  se procede a **PROTESTAR** al testigo en términos de los artículos 118, y 119 del Código Federal de Procedimientos Penales del Código Federal de Procedimientos Penales, a fin de que se conduzca con verdad en la presente diligencia en la que va a intervenir y se le advierte de las penas a que se hacen acreedores los que declaran con falsedad ante una autoridad distinta de la judicial en ejercicio de sus funciones, de conformidad con lo señalado con el artículo 247 fracción I del Código Penal Federal, quien de generales manifestó llamarse como quedó escrito ser de 45 años de edad, estado civil soltero, ocupación académico, grado escolar Posgrado incompleto, religión católica, con domicilio en la calle de naranjos número 1, fraccionamiento jardines de San Mateo en, Naucalpan, Estado de México,  y en relación a los hechos declara lo siguiente: - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - D E C L A R O - - - - - - - - - - - - - - -
- - - Que comparezco voluntariamente a efecto de manifestar que es el caso que procreé con la señora MARÍA DEL ROSARIO MORENO VÁZQUEZ, a mis menores hijos de nombres LUIS FERNANDO y MARÍA DE FÁTIMA, ambos de apellido CASTILLO MORENO, de 14 años y 9 años de edad respectivamente, quienes vivían con su madre después que me había divorciado de ella, según la sentencia definitiva expedida por el Juez Décimo de lo Familiar en el Distrito Federal, presentar fotocopia certificada del desahogo de la audiencia respecto de la convivencia de la madre de mis hijos, y es el caso que el día 28 de febrero del presente año, aproximadamente a las 17:00 horas, me dirigí  y me

PROCURADURÍA GENERAL DE LA
SUBPROCURADURÍA INVESTIGACIÓN ...
ESPECIALIZADA EN DELIN...
ORGANIZA...
UNIDAD ESPECIALIZADA EN INVESTIGACIÓN ...
DE TRAFICO DE M...
INDOCUMENTADOS Y ...

009







presenté como era la costumbre a recoger a mis hijos al domicilio donde moraban, tanto la señora MORENO VÁZQUEZ, como mis menores hijos, ubicado en retorno San Jorge número 15, fraccionamiento lomas verdes, Naucalpan, Estado de México, C.P. 53120, y recibí de la señora MARÍA ELENA VÁZQUEZ SAUCEDO, madre de ROSARIO, una carta proveniente de la señora MARÍA DEL ROSARIO MORENO VÁZQUEZ, por la cual me informaba que había sustraído a mis hijos de ese domicilio para salir de la ciudad, sin mencionar el destino de ellos, por lo anterior y por tener la sospecha de que se había trasladado a otro país posiblemente a los Estados Unidos de América, ya que la señora MORENO VÁZQUEZ, me había comentado en el mes de octubre de 2003 que se había casado con una persona norteamericana que había conocido por internet, solicitándome permiso para sacar a mis hijos del país, a lo cual me negué indicándole que era mejor, que primero se estabilizara como pareja y luego, con todo gusto convendríamos el permiso y las visitas recíprocas, situación que tampoco ella aceptó y me manifestó que lo pensaría en aquel entonces octubre de 2003, por lo anterior me constituí ante el Agente del Ministerio Público del Fuero Común, en la ciudad de Naucalpan, en el Estado de México el día 29 de febrero del presente año, por lo cual se inició el Acta NJ/II/816/04-02, ante el cual manifesté lo que acabo de expresar y también señale ante esa autoridad como hoy lo hago ante esta, que el suscrito no había dado ni autorización ni el consentimiento para que mis menores hijos LUIS FERNANDO y MARÍA DE FÁTIMA ambos de apellidos CASTILLO MORENO, salieran del país y tampoco extendí con ningún conducto la beneplácito para que obtuvieran el pasaporte de la Secretaría de Relaciones Exteriores. A continuación el día 01 uno de marzo del presente año, me presenté en las escuelas donde estudiaban mis hijos, colegios La Salle en el Estado de México, donde por platicas con los compañeros de su escuela me enteré, que la señora MARÍA DEL ROSARIO MORENO VÁZQUEZ y mis menores hijos, habían abandonado el país por la vía aérea el día 27 de febrero de año 2004 dos mil cuatro utilizando los servicios de la empresa Aeroméxico en el vuelo 636 con destino a Atlanta Georgia ya que mis hijos, habían comentado que su destino final era la Ciudad de Salem Alabama, a la Dirección 97 Lee Road número 434, y que, propiedad o registrado a nombre del señor RONALD COONLEY, que es la persona con la que se había casado la señora ROSARIO MORENO VÁZQUEZ, al respecto y de la información que se encuentra disponible sobre la misma persona a través del internet y mis menores, que a continuación presento 69 Lee Road número 853 #A Smiths, AL, y Lee Road 447, 36877, Phenix City AL, 36870, 1055 WinstonRd. Columbus GA 31903, así como Berrien Springs Michigan, además del ubicado en 9 Wilkins Ave Albany, NY, 12205, todos en los Estados Unidos de América, que por las platicas que he tenido con compañeros de mi hijo, el se ha comunicado con ellos a través del internet y les ha comentado que posiblemente viajarían fuera de los Estados Unidos de

010





Amérca, sin que yo conozca su destino, ni cuando sería efectuado ese viaje, en razón de lo anterior también me constituí ante el Juzgado Décimo de lo familiar en el Distrito Federal, ante el cual solicité se me conceda la custodia, de mis menores hijos LUIS FERNANDO CASTILLO MORENO y FATIMA CASTILLO MORENO en los términos de la solicitud que acompaño a la presente, también hago del conocimiento de esta autoridad, asimismo manifiesto que ante mis dudas sobre si mis hijos habían salido del país me presente en la ventanilla de informes de la Delegación Naucalpan, en el Estado de México de la Secretaría de Relaciones Exteriores, para saber si se había expedido algún pasaporte a favor de ellos, y una persona de esa oficina, al explicarle mi problema se compadeció de mi y me informó de manera verbal, que se habían expedida en fecha 27 de febrero de 2004, dichos documentos a favor de FERNANDO y MARÍA FATIMA CASTILLO MORENO, y que para ello esa oficina tenía documentación legal que amparaba mi permiso, por lo cual solicito a esta autoridad se verifique lo anterior, toda vez que el suscrito no extendió su permiso de manera verbal ni por escrito, ni a través de cualquier documento y por ese motivo desconozco desde ahora cualquier firma o autorización que obre en los archivos de esa dependencia, en razón a lo anterior presento en este momento fotocopias simples de la demanda presentada ante el Juez Décimo de lo familiar constante de 6 seis fojas, fotocopia simple de la denuncia de hechos que presenté en el Estado de México constante de dos fojas, hoja de la carta que mencioné al iniciar la presente dirigida al suscrito y con el nombre de ROSARIO, constante de una foja, fotocopia simple del convenio que presentamos el suscrito y la señora MARÍA DEL ROSARIO MORENO VÁZQUEZ, respecto del divorcio voluntario, y referente a la custodia relacionado con mi menor hijo LUIS FERNADO CASTILLO MORENO, constante de dos fojas, fotocopia simple de carta de fecha 16 de marzo de 2004 expedida por operadora de Colegios La Salle, suscrita por la PROFRA. ANA CECILIA ESQUIVEL HERNÁNDEZ, en el cual menciona que mi menor hija MARÍA DE FÁTIMA CASTILLO MORENO, fotocopia simple de la sentencia de divorcio de fecha 29 de enero de 1992 mil novecientos noventa y dos, a favor de la señora MARÍA DE ROSARIO MORENO VÁZQUEZ y el suscrito expedida por el Juzgado Décimo de lo Familiar en el Distrito Federal, asimismo presento Acta de nacimiento en original número 4521638, a favor de mi menor hijo LUIS FERNANDO CASTILLO MORENO, expedida por el Juez Central del Registro Civil en el Distrito Federal, y Acta de nacimiento en original número A2929095, de fecha 12 de marzo de 2003 dos mil tres a favor de mi menor hija MARÍA DE FÁTIMA CASTILLO MORENO, expedida por la oficial número 02 del Registro Civil LIC. MARGARITA MARISCAL DE OLVERA, del Gobierno del Estado de México, de la misma forma presento tres fotografía láser a color de mi menor hijo LUIS FERNANDO CASTILLO MORENO, dos fotografías a color de MARÍA DEL ROSARIO y tres fotografías láser a color de mi menor hija



011



MARÍA DE FATIMA, por lo que en este momento presento mi formal querella por el delito de Tráfico de Menores, en contra de la señora MARÍA DEL ROSARIO MORENO VÁZQUEZ, y en contra de quien o quienes resulten responsables, en agravio de mis hijos y mi persona, siendo todo lo que tengo que declarar y previa lectura de mi dicho lo ratifico, y firmo al margen para la debida constancia legal.- - - - - - - - -
- - - - - - - - - - - - - - - - - - - D A M O S   FE.- - - - - - - - - - - - - - -

C. JOSÉ FERNANDO CASTILLO TAPIA.

Testigo de Asistencia.                    Testigo de Asistencia.

C. HUGO GARCÍA REYES.            LIC. LETICIA GALVÁN ORTEGA.



D.F.(T.S. de J) Juzg. Fam.-56

México, Distrito Federal, a veintinueve de enero

de mil novecientos noventa y dos. _ _ _ _ _ _ _

030

_ _ _ _ _ V I S T O S, para resolver en DEFINITIVA

los autos del expediente número 785/91, relativos

al juicio de DIVORCIO VOLUNTARIO, promovido por

CASTILLO TAPIA JOSE FERNANDO Y MARIA DEL ROSARIO-

MORENO VAZQUEZ, y; _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ C O N S I D E R A N D O: _ _ _ _ _

_ _ _ _ _ I.- JOSE FERNANDO CASTILLO TAPIA Y MARIA

DEL ROSARIO MORENO VAZQUEZ, en términos de su es-

crito inicial presentado el día veinticuatro de -

octubre de mil novecientos noventa y uno, promo--

vieron juicio de DIVORCIO VOLUNTARIO, exhibiendo-

el convenio al que se refiere el artículo 273 del

Código Civil, en el cual quedó establecida, la for

ma en que el Divorciante cubrirá alimentos a su -

menor hijo, y a la Divorciante en términos de la-

cláusula Tercera; dicha Pensión quedó garantizada,

con la Póliza de Fianza número 1408232 expedida -

por Credito Afianzador, S.A. Compañia Méxicana de

Garantias, de fecha veintiocho de noviembre de --

mil novecientos noventa y uno que obra a folios -

21 de autos._ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _II.- Celebradas que fueron las dos jun--

tas de avenencia exigidas por la Ley, no fue posi

ble lograr reconciliación alguna entre ambos di--

vorciantes; por consiguiente se le dió vista con-

lo actuado al C. Agente del Ministerio Público, -

adscrito al Juzgado quien manifesto su no oposi--

Juzgado _ _ _ de

**DECIMO**
lo Familiar

Secretaria

Exp.    A

785/91

Oficio Núm.

032

ción a la solicitud y a la aprobación del Convenio-
respectivo, por lo que se citó a los comparecientes
para oír Sentencia.- - - - - - - - - - - - - -

- - - - III.- El matrimonio de los promoventes y-
el nacimiento de su menor hijo procreado durante el
mismo de nombre; LUIS FERNANDO CASTILLO MORENO fue-
ron debidamente acreditados con la exhibición del -
acta de matrimonio y de nacimiento respectivas, las
cuales hacen prueba plena conforme a lo dispuesto-
por los artículos 39 y 50 del Código Civil, 327 ---
fracción IV y 403 del Código de Procedimientos Civi
les.- - - - - - - - - - - - - - - - - - -

- - - IV.- La causal invocada por los divorcian-
tes consistentes en la disolución del vínculo matri
monial por MUTUO CONSENTIMIENTO, establecida en el-
artículo 267 fracción XVII del Código Civil, fue de
bidamente cumplimentada, por lo que debe decretarse
el Divorcio solicitado.- - - - - - - - - - - - -

- - - Por lo expuesto y fundado, es de resolver-
se y se; - - - - - - - - - - - - - - - - - -

- - - - - - - - R E S U E L V E: - - - - - -

- - - -PRIMERO.- Se declara disuelto el vínculo -
matrimonial existente entre los señores JOSE FERNAN
DO CASTILLO TAPIA Y MARIA DEL ROSARIO MORENO VAZQUEZ
celebrado en la Ciudad de México, Distrito Federal-
el día once de mayo de mil novecientos ochenta y --
cinco, bajo el Régimen de Separación de bienes, el-
cual se encuentra inscrito en el Juzgado 20, Foja -
1489, Año de registro 1985.- - - - - - - - - - - M.6

- 2    031

D.F.(T.S. de J)Juzg. F



Juzgado ........................ de

DECIMO
lo Familiar

.................... Secretaria

Exp. ..................... A

Oficio Num. 785/91

- - - -SEGUNDO.- Se aprueba en todas y cada u
de sus partes el convenio exhíbido por los soli
tantes de fecha dieciocho de octubre de mil nov
cientos noventa y uno, que obra a fojas 3 y 4 d
autos, dándosele fuerza de Sentencia Definitiva
y formando parte de esta resolución. - - - - -

- - - -TERCE .- Ambos divorciantes recobran
entera capacid para contraer nuevo matrimonio
pero no podrán hacerlo sino transcurrido el tér
no de un año, a partir de que cause ejecutoria
presente resolución. - - - - - - - - - - - -

- - - -CUARTO.- Oportúnamente cúmplase con lo
dispuesto por el artículo 682 del Código de Proc
dimientos Civiles. - - - - - - - - - - - - -

- - - -QUINTO.- NOTIFIQUESE. - - - - - - - -

- - - -A S I, DEFINITIVAMENTE, Juzgando, lo re
solvió y firmó la C. Juez Décimo,de lo Familiar
del Distrito Federal, quién actúa en unión del C
Secretario de Acuerdos que autoriza y da fé. DOY
FE. - - - - - - - - - - - - - - - - - - - -

rivr.

# SRE
SECRETARÍA DE RELACIONES EXTERIORES

## SOLICITUD DE PASAPORTE ORDINARIO
## MEXICANO

56604



000001

**TRÁMITE:** Primera Vez ☐  Canje ☐   **Vigencia:** 1 año ☐  5 años ☒  6 años ☐  10 años ☐

**I.- DATOS GENERALES DEL SOLICITANTE**

CURP: 9 7 3 8 0 0 5 3 1 0 8   M O V R 6 1 0 9 2 7 M D F R Z S 0 0

**2. APELLIDO PATERNO:** MORENO   **4. APELLIDO MATERNO:** VAZQUEZ

**5. NOMBRE:** MARIA DEL ROSARIO   **FECHA DE NACIMIENTO:** 27 09 1967   **SEXO:** M ☐ F ☒

**LUGAR DE NACIMIENTO:** MEXICO, D. F.   D. F.

**6. DOMICILIO:** SAN JORGE 15   ALTENA II LOMAS VERDES 53126

NAUCALPAN   ESTADO DE MEXICO

Tel: 5344-1238   Tel: 5255-5346

**II.- DATOS DE LOS PADRES DEL SOLICITANTE**

Padre: MORENO RUBIALES ENRIQUE MEXICANA

Madre: VAZQUEZ SALCEDO MARIA ELENA MEXICANA

☐ MORENO OSCURO   ☐ CASTAÑO OSCURO ☒   ☐ ROJO
☒ MORENO CLARO    ☐ CASTAÑO CLARO     ☐ RUBIO
☐ CON LENTES      ☐ AZUL             ☐ ALBINO
☐ SIN LENTES      ☐ VERDE            ☐ NEGRO
                  ☐ CANO

MARIA ELENA VAZQUEZ SALCEDO

SAN JORGE 15, ALTENA II   5344-1238

TLALNEPANTLA DE BAZ, EDO. MEX. 19 DE SEPTIEMBRE

INVEST...
... LINGUE ...
A D A ...
N INVESTIG...
I MENORES...

V. HUELLAS DIGITALES

062

000002

ESTADOS UNIDOS MEXICANOS

MEX

FORFAO

VAZQUEZ
MARIA DEL ROSARIO
MEXICANA

MEXICO, D.F.

14 DIC 1987
NAJCELBAR, MEX.

064

000001

# SRE

**Secretaría de Relaciones Exteriores**

## SOLICITUD DE PASAPORTE ORDINARIO
## MEXICANO (OP-5)

**OBSERVACIONES**

**NUMERO DE SOLICITUD**

Primera Vez ☐   Canje ☒   Vigencia: 1 año ☐   5 años ☒   10 años ☐

Antes de llenar la presente solicitud de pasaporte lea detenidamente su contenido.

Anote los datos solicitados o cruce en cada caso el cuadro correspondiente, respetando los espacios delimitados sobre todo los campos destinados a firma

Nota: La presente solicitud deberá ser llenada con tinta negra y letra de molde

LUGAR Y FECHA: Naucalpan, Estado de México, Febrero 16, 2004

1. No. DE PASAPORTE ANTERIOR (EN CASO DE CANJE): 9 7 3 8 0 0 5 3 1 1 0

2. CURP:

3. APELLIDO PATERNO: CASTILLO

4. APELLIDO MATERNO: MORENO

5. NOMBRE(S): LUIS FERNANDO

6. FECHA DE NACIMIENTO: 31 / 08 / 1989

7. SEXO:

8. NACIÓ EN:
a) Entidad Federativa: MEXICO
b) Municipio: DISTRITO FEDERAL

**CAMPOS DE CONTROL**

IDENTIFICACIÓN QUE PRESENTA: PASAPORTE

Num. Interior   Colonia y Código Postal: 15   LOMAS VERDES 53120

Estado o País: MEXICO

Teléfonos: 52530564

11. EN CASO DE ACCIDENTE O FALLECIMIENTO AVISAR A:
MARIA DEL ROSARIO MORENO VAZQUEZ

CON DOMICILIO EN: SAN DIEGO 15, LOMAS VERDES   TELEFONO: 53441238

Manifiesto bajo protesta de decir verdad y conociendo las penas en que incurren quienes faltan a ella en los términos de las disposiciones penales aplicables, que soy mexicano, que los datos asentados en esta solicitud son verídicos y que los documentos presentados son auténticos y legales.

FIRMA DE CONFORMIDAD CON LOS DATOS CONTENIDOS EN EL PASAPORTE AL RECIBIRLO

FIRMA DEL SOLICITANTE

Luis Fernando Castillo Moreno

LA REPUBLICA
HUELLAS DIGITALES

| ÍNDICE IZQUIERDO | ÍNDICE IZQUIERDO | ÍNDICE DERECHO | ÍNDICE DERECHO | ÍNDICE DERECHO |
|---|---|---|---|---|

ESTE FORMATO ES DE LIBRE REPRODUCCIÓN

000002

## OP-7

### PERMISO QUE OTORGAN LOS PADRES O PERSONAS QUE EJERCEN LA PATRIA POTESTAD O TUTELA, PARA LA EXPEDICIÓN DE PASAPORTE

OBSERVACIONES _____

LUGAR Y FECHA _____

LOS QUE SUSCRIBIMOS PADRES Y/O TUTORES DEL MENOR _____ MANIFESTAMOS, PARA LOS EFECTOS DEL ARTÍCULO 14 DEL REGLAMENTO DE PASAPORTES Y 215 DEL REGLAMENTO DE LA LEY GENERAL DE POBLACIÓN EN VIGOR, EL CONSENTIMIENTO PARA QUE NUESTRO (A) HIJO (A) PUEDA SALIR DEL TERRITORIO DE LA REPÚBLICA MEXICANA POR LO QUE SOLICITAMOS SE LE EXPIDA PASAPORTE ORDINARIO BAJO EL NOMBRE QUE APARECE EN EL FORMATO OP-5 DE LA PRESENTE SOLICITUD Y CON UNA VIGENCIA DE _____ QUEDANDO EN EL ENTENDIDO QUE A MENORES DE TRES AÑOS DE EDAD SÓLO SE LES EXPEDIRÁ DICHO DOCUMENTO POR UN PERIODO MÁXIMO DE 12 MESES.

_____  Y  _____
(PADRE O TUTOR)                      (MADRE O TUTORA)





|  DATOS DEL PADRE O TUTOR | DATOS DE LA MADRE O TUTORA |
|---|---|
| Como Padre [x]   Como Tutor [ ] | Como Madre [x]   Como Tutora [ ] |
| Para realizar el trámite me identifico con el siguiente | Para realizar el trámite me identifico con el siguiente |
| documento  Pasaporte | documento  Pasaporte |
| No. 03 4005 23 42 | No. 0355030664 |
| Expedido (a) Secretaria de Relaciones Exteriores por | Expedido (a) Secretaria de Relaciones Exteriores por |
| De fecha 06 11 2003 | De fecha 22 09 2003 |
| dia  mes  año | dia  mes  año |

INDICE IZQUIERDO    INDICE DERECHO

INDICE IZQUIERDO    INDICE DERECHO

057

000004













# SRE

SECRETARÍA DE RELACIONES EXTERIORES

**SOLICITUD DE PASAPORTE ORDINARIO MEXICANO (OP-5)**

**000001**

Primera Vez ☐   Canje ☑   Vigencia: 1 año ☐   5 años ☑   10 años ☐

Antes de llenar la presente solicitud de pasaporte lea detenidamente su contenido.

Anote los datos solicitados o cruce en cada caso el cuadro correspondiente, respetando los espacios delimitados sobre todo los campos destinados a firma.

Nota: La presente solicitud deberá ser llenada con tinta negra y letra de molde

**OBSERVACIONES**

**NUMERO DE SOLICITUD**
6289

LUGAR Y FECHA: Naucalpan, Estado de México, Febrero 16, 2004

| 1. No. DE PASAPORTE ANTERIOR (EN CASO DE CANJE) | 2. CURP |
|---|---|
| 9 7 3 8 0 0 5 3 1 1 1 | 1 5 0 5 7 0 2 9 4 0 2 1 9 5 6 |

3. APELLIDO PATERNO: CASTILLO

4. APELLIDO MATERNO: MORENO

5. NOMBRE(S): MARIA DE FATIMA

6. FECHA DE NACIMIENTO: 0 1 0 1 1 9 9 4  (día mes año)

7. SEXO: Masculino ☐  Femenino ☑

8. NACIDO EN:
a) Entidad Federativa: México
b) Municipio: Distrito Federal

9. IDENTIFICACIÓN QUE PRESENTA: Pasaporte

10. DOMICILIO

Calle y Número Exterior: JORGE #15

Num. Interior / Colonia / Código Postal: LOMAS VERDES 53120

Estado o País: México

Trabajo: 5255536.64

EN CASO DE ACCIDENTE O FALLECIMIENTO AVISAR A: MARIA DEL ROSARIO MORENO VAZQUEZ
DOMICILIO: SAN JORGE 15, LOMAS VERDES TELÉFONO: 53441238.

Manifiesto bajo protesta de decir verdad y conociendo las penas en que incurren quienes faltan a ella en los términos de las disposiciones penales aplicables, que soy mexicano, que los datos asentados en esta solicitud son verídicos y que los documentos presentados son auténticos y legales.

FIRMA DE CONFORMIDAD CON LOS DATOS CONTENIDOS EN EL PASAPORTE AL RECIBIRLO

FIRMA DEL SOLICITANTE

Ma de Fatima Castillo Moreno

**CAMPOS DE CONTROL**

HUELLAS DIGITALES

| ÍNDICE IZQUIERDO | ÍNDICE IZQUIERDO | ÍNDICE IZQUIERDO | PULGAR DERECHO | ÍNDICE DERECHO | ÍNDICE DEL DERECHO |
|---|---|---|---|---|---|

ESTE FORMATO ES DE LIBRE REPRODUCCIÓN

000002

**OP-7**

**PERMISO QUE OTORGAN LOS PADRES O PERSONAS QUE EJERCEN LA PATRIA POTESTAD O TUTELA, PARA LA EXPEDICIÓN DE PASAPORTE**

OBSERVACIONES _____

LUGAR Y FECHA _____

LOS QUE SUSCRIBIMOS PADRES Y/O TUTORES DEL MENOR _____ MANIFESTAMOS, PARA LOS EFECTOS DEL ARTÍCULO 14 DEL REGLAMENTO DE PASAPORTES Y 215 DEL REGLAMENTO DE LA LEY GENERAL DE POBLACIÓN EN VIGOR, EL CONSENTIMIENTO PARA QUE NUESTRO (A) HIJO (A) PUEDA SALIR DEL TERRITORIO DE LA REPÚBLICA MEXICANA POR LO QUE SOLICITAMOS SE LE EXPIDA PASAPORTE ORDINARIO BAJO EL NOMBRE QUE APARECE EN EL FORMATO OP-5 DE LA PRESENTE SOLICITUD Y CON UNA VIGENCIA DE _____ QUEDANDO EN EL ENTENDIDO QUE A MENORES DE TRES AÑOS DE EDAD SÓLO SE LES EXPEDIRÁ DICHO DOCUMENTO POR UN PERIODO MÁXIMO DE 12 MESES.

(PADRE O TUTOR)                          Y                          (MADRE O TUTORA)

DATOS DEL PADRE O TUTOR

Como Padre ☑          Como Tutor ☐

Para realizar el trámite me identifico con el siguiente

documento   Pasaporte

No. 03540032358

Expedido (a) por   Secretaria de Relaciones Extranjeras

De fecha  0 6 | 1 1 | 2 0 0 3
          dia    mes    año

ÍNDICE IZQUIERDO          ÍNDICE DERECHO

DATOS DE LA MADRE O TUTORA

Como Madre ☑          Como Tutora ☐

Para realizar el trámite me identifico con el siguiente

documento   Pasaporte

No. 03350056604

Expedido (a) por   Secretaria de Relaciones Ext...

De fecha  2 2 | 0 9 | 2 0 0 3
          dia    mes    año

ÍNDICE IZQUIERDO          ÍNDICE DERECHO



**AeroMexico®**

AEROVIAS DE MEXICO, S.A. DE C.V.
Av. Paseo de la Reforma No. 445
Col. Cuauhtémoc
C.P. 06500
México, D.F.

**México, Distrito Federal a 22 de Abril de 2004**
**AH-0458/04**

**PROCURADURIA GENERAL DE LA REPUBLICA**
**UNIDAD ESPECIALIZADA EN INVESTIGACIÓN DE TRAFICO**
**DE MENORES, INDOCUMENTADOS Y ORGANOS**
**OFICIO NUMERO.- UEITMIO/165/04**
**AV. PREVIA.- PGR/SIEDO/UEITMIO/013/2004**



**AT'N.:  LIC. MARTÍN MARIN COLIN**
**C. AGENTE DEL MINISTERIO PUBLICO DE LA FEDERACIÓN**

En atención a su solicitud de fecha 29 de Marzo de 2004, y recibida en esta Dirección Jurídica el 22 de Abril del mismo año, mediante el cual solicita se le informe si los menores **LUIS FERNANDO y MARIA DE FATIMA CASTILLO MORENO y la C. MARIA DEL ROSARIO MORENO VAZQUEZ**, abordaron el vuelo 636 con destino a Atlanta, el día 27 de febrero de 2004, al respecto me permito comentarle lo siguiente:

Adjunto sírvase encontrar en copia simple los cupones números 139 3200281157 0 / 139 3200281158 1 y 139 3200281159 2 expedidos a favor de **MORENO / MARIA, CASTILLO LUIS  y CASTILLO / MARIA DE FATIMA**, utilizados en la ruta MEXICO-ATLANTA, Vuelo 636 del día 27 de Febrero de 2004.

Sin otro particular, quedo a sus órdenes.

**Atentamente**

**LIC. ANTONIO JAUREGUI QUINTANA**
**GERENTE DE ASUNTOS CONTENCIOSOS Y**
**FLOTA**

AJQ/gcg*

Tel. 51 33 50 00 -



111

107

## SUBPROCURADURIA ESPECIALIZADA EN DELINCUENCIA ORGANIZADA

UNIDAD ESPECIALIZADA EN INVESTIGACION DE TRAFICO DE MENORES, INDOCUMENTADOS Y ORGANOS.
EXP: PGR/SIEDO/UEITMIO/013/04

ASUNTO: CITATORIO

México, Distrito Federal, a 27 de mayo del 2004.

LIC. FERNANDO CASTILLO.
P R E S E N T E.

En cumplimiento al acuerdo dictado dentro de la indagatoria al rubro citada, y con fundamento en lo previsto en los artículos 21 y 102 apartado "A" de la Constitución Política de los Estados Unidos Mexicanos; 1º, 2º fracción II, 73, 74 75, 76, 117, 118, 119, 125, código Federal de Procedimientos Penales; 4º Fracc. I, y IV, de la Ley Orgánica de la Procuraduría General de la República, hago de su conocimiento que deberá presentarse para el 02 de junio de 2004 dos mil cuatro a las 10:30 diez treinta horas, con identificación oficial con fotografía en calidad de denunciante, a efecto de que si no existe inconveniente legal alguno, acceda a que se le tomen muestras de escritura y toma de huellas dactilares, a efecto de realizar dictamen con las muestras que le sean tomadas, con los documentos los cuales desconoce firmó y estampo la huella.

A T E N T A M E N T E
SUFRAGIO EFECTIVO, NO REELECION
EL C. AGENTE DEL MINISTERIO PÚBLICO
DE LA FEDERACIÓN

LIC. MARTÍN MARÍN COLÍN.

125









# AVERIGUACION PREVIA
## PGR/SIEDO/UEITMIO/013/2004

### FOLIO
### 27024

## LUGAR DE LOS HECHOS:
*SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN  EDO DE MEXICO*

## PERITO:
### GONZALO MENDIOLA GONZALEZ

## FECHA DE INTERVENCIÓN
### 02 DE JUNIO DEL 2004



**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA | FOLIO MESA DE CONTROL: |
|---|---|---|
| | PGR/ SIEDO / UEITMIO/013/2004 | 27024 |
| LUGAR DE HECHOS: SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: 02 DE JUNIO DEL 2004. | PERITO: GONZALO MENDIOLA GONZALEZ. |





**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA PGR/ SIEDO / UEITMIO/013/2004 | FOLIO MESA DE CONTROL: 27024 |
|---|---|---|
| LUGAR DE HECHOS: SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: 02 DE JUNIO DEL 2004. | PERITO: GONZALO MENDIOLA GONZALEZ |







**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA PGR/ SIEDO / UEITMIO/013/2004 | FOLIO MESA DE CONTROL: 27024 |
|---|---|---|
| LUGAR DE HECHOS: SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: 02 DE JUNIO DEL 2004. | PERITO: GONZALO MENDIOLA GONZALEZ |






**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO:<br>FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA<br>PGR/ SIEDO / UEITMIO/013/2004 | FOLIO MESA DE CONTROL:<br>27024 |
|---|---|---|
| LUGAR DE HECHOS:<br>SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN:<br>02 DE JUNIO DEL 2004. | PERITO:<br>GONZALO MENDIOLA GONZALEZ |



**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO:<br>FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA<br>PGR/ SIEDO / UEITMIO/013/2004 | FOLIO MESA DE CONTROL:<br>27024 |
|---|---|---|
| LUGAR DE HECHOS:<br>SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN:<br>02 DE JUNIO DEL 2004. | PERITO:<br>GONZALO MENDIOLA GONZALEZ |



131

**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO:<br>FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA | FOLIO MESA DE CONTROL: |
|---|---|---|
| | PGR/ SIEDO / UEITMIO/013/2004 | 27024 |
| LUGAR DE HECHOS:<br>SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: | PERITO: |
| | 02 DE JU? DEL 2004. | GONZALO MENDIOLA GONZALEZ |



DATOS DEL PADRE O TUTOR

Como Padre ☒        Como Tutor ☐

Para realizar el trámite me identifico con el siguiente

documento _Pasaporte_

No. _03340032358_

Expedido (a) _Secretaria de Relaciones Exteriores_
por

De fecha | 0 | 6 | 1 | 1 | 2 | 0 | 0 | 3 |
            día        mes          año

NDICE
ZQUIERDO

ÍNDICE
DERECHO

132

---

### PROCURADURIA GENERAL DE LA REPUBLICA
### COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL
### DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES
### DEPARTAMENTO DE FOTOGRAFÍA FORENSE

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA | FOLIO MESA DE CONTROL: |
|---|---|---|
| | PGR/ SIEDO / UEITMIO/013/2004 | 27024 |
| LUGAR DE HECHOS: SUBDELEGACION DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: | PERITO: |
| | 02 DE JUNIO DEL 2004. | GONZALO MENDIOLA GONZALEZ |







133



**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA | FOLIO MESA DE CONTROL: |
|---|---|---|
| | PGR/ SIEDO / UEITMIO/013/2004 | 27024 |
| LUGAR DE HECHOS: SUBDELEGACIÓN DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: | PERITO: |
| | 02 DE JUNIO DEL 2004. | GONZALO MENDIOLA GONZALEZ |



**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA | FOLIO MESA DE CONTROL: |
|---|---|---|
| | PGR/ SIEDO / UEITMIO/013/2004 | 27024 |
| LUGAR DE HECHOS: SUBDELEGACIÓN DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: | PERITO: |
| | 02 DE JUNIO DEL 2004. | GONZALO MENDIOLA GONZALEZ |



**PROCURADURIA GENERAL DE LA REPUBLICA**
**COORDINACIÓN DE PLANEACIÓN, DESARROLLO E INNOVACIÓN INSTITUCIONAL**
**DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DEPARTAMENTO DE FOTOGRAFÍA FORENSE**

| ASUNTO: FIJACIÓN FOTOGRÁFICA DE DOCUMENTOS Y HUELLAS. | AVERIGUACION PREVIA PGR/ SIEDO / UEITMIO/013/2004 | FOLIO MESA DE CONTROL: 27024 |
|---|---|---|
| LUGAR DE HECHOS: SUBDELEGACIÓN DE LA SECRETARIA DE RELACIONES EXTERIORES DE ARBOLEDAS EN EL MUNICIPIO DE NAUCALPAN EDO DE MEXICO. | FECHA DE INTERVENCIÓN: 02 DE JUNIO DEL 2004. | PERITO: GONZALO MENDIOLA GONZALEZ |

DATOS DEL PADRE O TUTOR

Como Padre [X]      Como Tutor [ ]

Para realizar el trámite me identifico con el siguiente

documento _Pasaporte_

No. _0334003 23558_

Expedido (a) por _Secretaría de Relaciones Exteriores_

De fecha | 0 | 6 | | 1 | | 2 | 0 | 0 | 3 |
día      mes       año

ÍNDICE DERECHO

146

PROCURADURIA GENERAL
DE LA
REPUBLICA

COORDINACIÓN DE PLANEACION DESARROLLO E INNOVACION INSTITUCIONAL
DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES
DIRECCION ADJUNTA DE LABORATORIOS    A.P. PGR/SIEDO/UEITMIO/013/2004.



Reproducción fotográfica anverso y reverso de la forma OP7 a nombre de Castillo
Moreno María Fátima.

Rev. 1                    Ref.: IT-IA-01                    FO-IA-05
                              6

147

COORDINACION DE PLANEACION DESARROLLO E INNOVACION INSTITUCIONAL
DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES
PROCURADURÍA GENERAL DE LA REPÚBLICA
DIRECCIÓN ADJUNTA DE LABORATORIOS    A.P. PGR/SIEDO/UEITMIO/013/2004



Reproducción fotográfica anverso y reverso de la forma OP7 a nombre de Castillo Moreno Luis Fernando.

Rev. 1    Ref.: IT-IA-01    FO-IA-05

148



PROCURADURIA GENERAL
DE LA **COORDINACIÓN DE PLANEACION DESARROLLO E INNOVACION INSTITUCIONAL**
REPUBLICA    **DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES**
**DIRECCION ADJUNTA DE LABORATORIOS    A.P. PGR/SIEDO/UEITMIO/013/2004**



Reproducción fotográfica de la ficha decadactilar a nombre de   Barrera Hérnandez Artemio.

Rev. 1                     Ref.: IT-IA-01                     FO-IA-05





**PROCURADURIA GENERAL
DE LA
REPUBLICA**

COORDINACIÓN DE PLANEACIÓN
DESARROLLO E INNOVACIÓN
INSTITUCIONAL
DIRECCIÓN GENERAL DE COORDINACIÓN
DE SERVICIOS PERICIALES
DIRECCIÓN GENERAL ADJUNTA DE
ESPECIALIDADES DOCUMENTALES
DEPTO: DOCUMENTOS CUESTIONADOS
FOLIO: 27023
A.P.: PGR/SIEDO/UEITMIO/013/2004

### ASUNTO: SE EMITE DICTAMEN DE GRAFOSCOPÍA

México, Distrito Federal, a 15 de junio del 2004.

**LIC. MARTÍN MARÍN COLIN
AGENTE DEL MINISTERIO PÙBLICO
DE LA FEDERACION.
ADSCRITO A LA UNIDAD ESPECIALIZADA
EN INVESTIGACIÓN DE TRAFICO DE
MENORES, INDOCUMENTADOS Y ÓRGANOS.
P R E S E N T E**

El suscrito perito en materia de Grafoscopía y Documentoscopía, designado para intervenir en relación a su oficio citado al rubro, ante Usted con respeto manifiesto lo siguiente:

Fue requerida mi intervención a fin de atender su petición dirigida al DIRECTOR GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES, la cual en su parte conducente informa:

"...sean designados peritos en las materias de fotografía, grafoscopía e identificación, a fin de que se presenten en las oficinas que ocupan esta unidad, ubicadas en avenida paseo de la reforma numero 23, tercer piso, colonia tabacalera, Delegación Cuauhtémoc de esta ciudad, a las 10:30 horas del día 02 de junio del presente año, a fin de que tomen muestras de escritura y huellas dactilares al querellante de la presente, asimismo una vez realizado lo anterior trasladarse junto con el suscrito a oficinas de la Secretaria de Relaciones Exteriores, a fin de verificar la existencia de documentos originales, recabar fotografías de los mismos, principalmente de la escritura y huellas dactilares, para que con lo aparece en los documentos mencionados, tienen el mismo origen gráfico de la persona mencionada anteriormente,..."

Rev:0                                    IT-DC-01                              FO-DC-09



2



PROCURADURÍA GENERAL
DE LA
REPÚBLICA

Una vez leída su petición, realizar las diligencias encomendadas y observar los documentos motivo de estudio, infiero que el problema a resolver es el siguiente:

## PROBLEMA PLANTEADO.

Determinar si corresponde o no por su ejecución al C. JOSÉ FERNANDO CASTILLO TAPIA, las firmas y escritura que se encuentran en los documentos descritos a continuación:

## DESCRIPCIÓN DE LOS DOCUMENTOS CUESTIONADOS

Se cuestiona en la presente intervención, las firmas que como del C. JOSÉ FERNANDO CASTILLO TAPIA y escrituras que aparecen asentadas en la siguiente documentación:

1.- Solicitud de Pasaporte Ordinario Mexicano (OP-5), a nombre de CASTILLO MORENO MARIA DE FÀTIMA, con número de solicitud, 6289, de lugar y fecha Naucalpan, Estado de México, a 16 de febrero del 2004, el cual presenta las siglas de la Secretaría de Relaciones Exteriores (SRE), en el margen superior izquierdo, así también se encuentra en el reverso la forma OP-7 PERMISO QUE OTORGAN LOS PADRES O PERSONAS QUE EJERCEN LA PATRIA POTESTAD O TUTELA, PARA LA EXPEDICIÓN DE PASAPORTE, en el reverso de esta.

2.- Solicitud de Pasaporte Ordinario Mexicano (OP-5), a nombre de CASTILLO MORENO LUIS FERNANDO, con número de solicitud 6290, de lugar y fecha Naucalpan, Estado de México, a 16 de febrero del 2004, el cual presenta las siglas de la Secretaría de Relaciones Exteriores (SRE), en el margen superior izquierdo, así también se encuentra en el reverso la forma OP-7 PERMISO QUE OTORGAN LOS PADRES O PERSONAS QUE EJERCEN LA PATRIA POTESTAD O TUTELA, PARA LA EXPEDICIÓN DE PASAPORTE, en el reverso de esta.

Documentos que tuve a la vista en original para su debido estudio y cotejo e impresiones Fotográficas, en la Delegación de la Secretaría de Relaciones Exteriores de Naucalpan, Estado de México.

Rev:0                          IT-DC-01                          FO-DC-09

3




PROCURADURIA GENERAL
DE LA
REPUBLICA

## DESCRIPCIÓN DEL DOCUMENTO BASE DE COTEJO

Como elementos base de cotejo se me proporciono Muestra de escritura y Firmas del C. JOSÉ FERNANDO CASTILLO TAPIA, la cual consta de dos fojas, de fecha 2 de junio del 2004, misma que fue realizada en presencia del suscrito, la cual se tuvo en original para su debido estudio y confronta.

### MÉTODO DE ESTUDIO

#### 1.- ANALÍTICO

I.- ANÁLISIS MINUCIOSO Y DETALLADO DE LAS FIRMAS BASE DE COTEJO.

II.- ANÁLISIS MINUCIOSO Y DETALLADO DE LAS FIRMAS CUESTIONADAS.

III.- ANÁLISIS MINUCIOSO Y DETALLADO DE LA ESCRITURA CUESTIONADA.

IV.- ANÁLISIS MINUCIOSO Y DETALLADO DE LA ESCRITURA BASE DE COTEJO

#### 2.- COMPARATIVO

CONFRONTACIÓN Y VALORACIÓN DE LOS RESULTADOS OBTENIDOS

#### 3.-DEDUCTIVO

I.-. CONCLUSIÓN.

#### 4.- ILUSTRATIVO

I-   ANEXO GRÁFICO



Rev:0                    IT-DC-01                    FO-DC-09

4

160



PROCURADURÍA GENERAL
DE LA
REPUBLICA



## ESTUDIO.

Primeramente procedí a analizar las firmas base de cotejo, para así conocer y valorar sus características de orden general y sus particularidades gráficas, obteniendo lo siguiente:

| CARACTERÍSTICAS DE ORDEN GENERAL | FIRMAS BASE DE COTEJO |
|---|---|
| HABILIDAD ESCRITURAL | BUENA |
| VELOCIDAD ESCRITURAL | RÁPIDA |
| TENSIÓN DE LÍNEA | FIRME |
| PRESIÓN DE LÍNEA | MIXTA |
| INCLINACION | LIGERAMENTE HACIA LA IZQUIERDA |

| CARACTERÍSTICAS | FIRMAS BASE DE COTEJO |
|---|---|
| 1.-RASGO INICIAL DE LA FIRMA | EN BOTÓN, |
| 2.- COLOCACION DEL INICIO DE LA FIRMA | PROVIENE DE LA PARTE SUPERIOR DE ARRIBA HACIA ABAJO |
| 3.- GAZA EN LA REBASANTE INFERIOR | PRESENTA |
| 4.- DESCARGA DE TINTA EN LA REBASANTE SUPERIOR | PRESENTA |
| 5.- ENLACES | LARGOS Y CURVOS |
| 6.- TRAZO FINAL | LARGO Y CURVO |
| 7.- RASGO FINAL | DESVANECIENTE |

Con respecto a las firmas y escritura cuestionadas procedí a realizar un estudio similar al anterior, características que se enuncian a continuación:

| CARACTERÍSTICAS DE ORDEN GENERAL | FIRMAS CUESTIONADAS |
|---|---|
| HABILIDAD ESCRITURAL | REGULAR |
| VELOCIDAD ESCRITURAL | MEDIA |
| TENSIÓN DE LÍNEA | FLOJA |
| PRESIÓN DE LÍNEA | APOYADA |



PROCURADURÍA GENERAL
DE LA
REPÚBLICA

| INCLINACION | PRONUNCIADA HACIA LA IZQUIERDA |
|---|---|

| CARACTERÍSTICAS | FIRMAS CUESTIONADAS |
|---|---|
| 1.-RASGO INICIAL DE LA FIRMA | EN GANCHO O REDONDO |
| 2.- COLOCACIÓN DEL INICIO DE LA FIRMA | PROVIENE DE LA PARTE INFERIOR DE ABAJO HACIA ARRIBA |
| 3.- GAZA EN LA REBASANTE INFERIOR | NO PRESENTA |
| 4.- DESCARGA DE TINTA EN LA REBASANTE SUPERIOR | NO PRESENTA |
| 5.- ENLACES | CORTOS Y ANGULOSOS |
| 6.- TRAZO FINAL | CORTO Y RECTO |
| 7.- RASGO FINAL | BRUSCO |

Una vez hecho lo anterior, confronte las características obtenidas de las firmas base de cotejo y las firmas cuestionadas resultando lo siguiente:

| FIRMAS BASE DE COTEJO | CARACTERÍSTICAS DE ORDEN GENERAL | FIRMAS CUESTIONADAS |
|---|---|---|
| BUENA | HABILIDAD ESCRITURAL | REGULAR |
| RÁPIDA | VELOCIDAD ESCRITURAL | MEDIA |
| FIRME | TENSIÓN DE LÍNEA | FLOJA |
| MIXTA | PRESIÓN DE LÍNEA | APOYADA |
| LIGERAMENTE HACIA LA IZQUIERDA | INCLINACIÓN | PRONUNCIADA HACIA LA IZQUIERDA |

| FIRMAS BASE DE COTEJO | CARACTERÍSTICAS | FIRMAS CUESTIONADAS |
|---|---|---|
| EN BOTÓN, | 1.-RASGO INICIAL DE LA FIRMA | EN GANCHO O REDONDO |
| PROVIENE DE LA | 2.- COLOCACIÓN | PROVIENE DE LA |

6

162



PROCURADURIA GENERAL
DE LA
REPUBLICA



| PARTE SUPERIOR DE ARRIBA HACIA ABAJO | DEL INICIO DE LA FIRMA | PARTE INFERIOR DE ABAJO HACIA ARRIBA |
|---|---|---|
| PRESENTA | 3.- GAZA EN LA REBASANTE INFERIOR | NO PRESENTA |
| PRESENTA | 4.- DESCARGA DE TINTA EN LA REBASANTE SUPERIOR | NO PRESENTA |
| LARGOS Y CURVOS | 5.- ENLACES | CORTOS Y ANGULOSOS |
| LARGO Y CURVO | 6.- TRAZO FINAL | CORTO Y RECTO |
| DESVANECIENTE | 7.- RASGO FINAL | BRUSCO |

Por lo que respecta a la escritura cuestionada realice un estudio minucioso y detallado el cual se describe a continuación:

| CARACTERÍSTICAS | ESCRITURA CUESTIONADA |
|---|---|
| 1.- M | REALIZADA EN CUATRO MOMENTOS GRÁFICOS |
| 2.- C | INICIO EMPASTADO |
| 3.- a | CON RASGO EN SU PARTE SUPERIOR |
| 4.- F | REALIZADA EN TRES MOMENTOS GRÁFICOS |
| 5.- t | REALIZADA EN DOS MOMENTOS GRÁFICOS |
| 6.- o | LIGERAMENTE ABIERTA EN SU CUERPO |
| 7.- i | TILDE EN FORMA DE PUNTO. |

Así mismo también identifique las características que conforman a la escritura base de cotejo, las cuales son las siguientes:

| CARACTERÍSTICAS | ESCRITURA BASE DE COTEJO |
|---|---|
| 1.- M | REALIZADA EN UN SOLO MOMENTO GRAFICO |

Rev:0                    IT-DC-01                    FO-DC-09





7            163

PROCURADURIA GENERAL
DE LA
REPUBLICA

| 2.- C | INICIO EN ARPÓN |
| 3.- a | CON RASGO EN SU TRAZO MAGISTRAL |
| 4.- F | REALIZADA EN DOS MOMENTOS GRÁFICOS |
| 5.- t | REALIZADA EN UN SOLO MOMENTO GRAFICO |
| 6.- o | EMPASTADA EN SU PARTE IZQUIERDA |
| 7.- i | TILDE EN FORMA DE COMA |

Aunado a lo anterior, confronte las características obtenidas de la escritura cuestionada y la base de cotejo resultando lo siguiente:

| ESCRITURA CUESTIONADA | CARACTERÍSTICAS | ESCRITURA BASE DE COTEJO |
| --- | --- | --- |
| REALIZADA EN CUATRO MOMENTOS GRÁFICOS | 1.- M | REALIZADA EN UN SOLO MOMENTO GRAFICO |
| INICIO EMPASTADO | 2.- C | INICIO EN ARPÓN |
| CON RASGO EN SU PARTE SUPERIOR | 3.- a | CON RASGO EN SU TRAZO MAGISTRAL |
| REALIZADA EN TRES MOMENTOS GRÁFICOS | 4.- F | REALIZADA EN DOS MOMENTOS GRÁFICOS |
| REALIZADA EN DOS MOMENTOS GRÁFICOS | 5.- t | REALIZADA EN UN SOLO MOMENTO GRAFICO |
| LIGERAMENTE ABIERTA EN SU CUERPO | 6.- o | EMPASTADA EN SU PARTE IZQUIERDA |
| TILDE EN FORMA DE PUNTO. | 7.- i | TILDE EN FORMA DE COMA |

Del estudio se desprende que las firmas y escrituras cuestionadas contienen puntos de discordancia entre las firmas y escrituras base de cotejo, lo cual me auxiliara para elaborar unas conclusiones categóricas al respecto.

Rev:0                                   IT-DC-01                                   FO-DC-09

8

164



PROCURADURIA GENERAL
DE LA
REPUBLICA



Por lo anterior que es el resultado técnico Grafoscópico aunado a mis conocimientos y experiencia en la materia, formulo las siguientes:

### CONCLUSIONES

**PRIMERA.- NO CORRESPONDEN POR SU EJECUCIÓN AL C. JOSÉ FERNADO CASTILLO TAPIA,** LAS FIRMAS QUE SE ENCUENTRAN COMO DE ESTE, EN LOS DOCUMENTOS DESCRITOS COMO CUESTIONADOS EN EL PRESENTE DICTAMEN, CON RESPECTO A LAS FIRMAS PROPORCIONADAS COMO BASE DE COTEJO.

**SEGUNDA.- NO CORRESPONDE POR SU EJECUCIÓN AL C. JOSÉ FERNANDO CASTILLO TAPIA,** LA ESCRITURA QUE SE ENCUENTRA, EN LOS DOCUMENTOS DESCRITOS COMO CUESTIONADOS EN EL PRESENTE DICTAMEN, CON RESPECTO A LA ESCRITURA PROPORCIONADA COMO BASE DE COTEJO.

NOTA: Se anexa Muestra de Escritura del C. JOSE FERNANDO CASTILLO TAPIA, constante de dos fojas.

ATENTAMENTE
EL PERITO

L. ALDO CRISANTO MOLINA

Rev:0                                    IT-DC-01                            FO-DC-09

SECCIÓN 0166

| DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES DEPARTAMENTO DE DOCUMENTOS CUESTIONADOS (MUESTRA DE ESCRITURA) | N° DE A. P. O DE EXP. PGR/SEDO/UEITMPO/B/2004 | |
|---|---|---|
| | N° DE MESA *Sieco.* | N° DE FOLIO 21023 |
| | NOMBRE Y FIRMA DEL PERITO *...* | N° DE HOJA 1/2 |

SECCIÓN 2.

LUGAR Y FECHA *Mexico, D.F. a 2 de junio del 2004*
DOCUMENTO DE IDENTIFICACIÓN *Pasaporte 03340032358*  EDAD *45*
NOMBRE COMPLETO *Castillo Fopra Jose Fernando*

OCUPACIÓN *Academico*  GRADO MÁXIMO DE ESTUDIOS *Maestria*  ÓRGANO QUE UTILIZA PARA ESCRIBIR *Mano Derecha*

SECCIÓN 3.

*La presente muestra de escritura la realizo de manera voluntaria en la Unidad Especializada en Investigacion de trafico de menores, Indocumentados y Organos, con el fin de que sirva como elemento base de cotejo, asimismo, para los fines legales a que haya lugar.*

*Luis Fernando Castillo Moreno*
*Luis Fernando Castillo Moreno*
*Luis Fernando Castillo Moreno*
*Luis Fernando Castillo Moreno*
*Luis Fernando Castillo Moreno*
*María de Fátima Castillo Moreno*
*María de Fátima Castillo Moreno*
*María de Fátima Castillo Moreno*
*María de Fátima Castillo Moreno*
*María de Fátima Castillo Moreno*

| PROCURADURÍA GENERAL DE LA REPÚBLICA | DIRECCIÓN GENERAL DE COORDINACIÓN DE SERVICIOS PERICIALES DEPARTAMENTO DE DOCUMENTOS CUESTIONADOS (MUESTRA DE ESCRITURA) | N° DE A.P O DE EXP. PGR/SIEDO/UEITMIO/013/2004 | |
|---|---|---|---|
| | | N° DE MESA *Siedo* | N° DE FOLIO 24023. |
| | | NOMBRE Y FIRMA DEL PERITO *Respo* | N° DE HOJA 2/2. |

SECCIÓN 2.

| LUGAR Y FECHA | *México, D.F., a 2 de junio del 2004* | |
|---|---|---|
| DOCUMENTO DE IDENTIFICACIÓN | | EDAD |
| NOMBRE COMPLETO | *Castillo tapia José fernando* | |
| OCUPACIÓN | GRADO MÁXIMO DE ESTUDIOS | ÓRGANO QUE UTILIZA PARA ESCRIBIR |

SECCIÓN 3.

*Enero, febrero, marzo, abril, mayo, junio, julio, agosto, septiembre, octubre, noviembre, diciembre.*

*1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30.*

*Alvaro, Beto, Carlos, David, Ernesto, Fabricio, Germán, Matilda, Irma, Juan, Karla, Luis, Mauricio, Norma, Octavio, Patricio, Quique, Raúl, Silvia, Teresa, Úrsula, Víctor, Wilfrido, Xochitl, Yolanda, Zapata.*

ESCRITURA BASE DE COTEJO

A.P. PGR/SIEDO
27023

ESCRITURA CUESTIONADA

A.P. PGR/SIEDO/UEITMIO/013/2004 **163**
FOLIO: 27023

170

172

...se de llenar la presente solicitud de pasaporte...

...es datos solicitados o cruce en cada caso el cuadro correspondiente, re...

Nota: ...presente solicitud deberá ser llenada con tinta negra y letra de m...

...GAR ...CHA: **Naucalpan, Estado de México**

...NO DE PASAPORTE ANTERIOR (EN CASO DE CANJE)    2. CURP

0 | 7 | 3 | 8 | 0 | 0 | 5 | 3 | 1 | 1 | 1     1 | 5 | 0 | 5

...APE...DO PATERNO

...STILLO

...E(S)

...IA DE FÁTIMA

...NACIDO EN:
...tidad Federativa          b) Municipio

...ÉXICO                     Distrito

...QUE PRESENTA    Pasaporte

---

...ar la presente solicitud de pasaporte lea detenidam...

...datos solicitados o cruce en cada caso el cuadro correspondiente, respetand...

...la presente solicitud deberá ser llenada con tinta negra y letra de molde

...R Y FECHA: **Naucalpan, Estado de México, F**

...DE PASAPORTE ANTERIOR (EN CASO DE CANJE)    2. CURP

...3 | 8 | 0 | 0 | 5 | 3 | 1 | 1 | 0

...APE...PATERNO                         4. APE...

...CASTILLO                              M...

...OMBRE(S)                              6. FEC...

...S FERNANDO                            3

...O EN:
...ad Federativa          b) Municipio

...ÉXICO                   DISTRITO FEDER...

...IFICACIÓN QUE PRESENTA    PASAPORTE

---

IT-DC-01                          FO-DC-15



FOLIO: 27023



ÍNDICE
IZQUIERDO

ÍNDICE
DERECHO

ÍNDICE
DERECHO

Rev.: 0                    IT-DC-01                    FO-DC-15