IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ ) | 3:06-CV-761-MEF-CSC |
| a/k/a MARIA COONLEY ) | |

**OBJECTIONS TO NOTICE BY UNITED STATES OF AMERICA OF FILING COLOR COPIES OF ORIGINAL FORMAL EXTRADITION PAPERS**

COMES NOW the respondent in this cause and objects to any substitution of documents in the extradition package obtained from the Mexican government since it was filed. The government attorney is correct that we do not object to any materials contained in the extradition packages, however, to one day before the hearing and represent that they obtained copies from the government of Mexico of documents which were unreadable and now we can read them is in violation of the treaty as the United States Department of State has not certified such documents in accord with the protocol established for this as well as a violation of any known evidentiary basis for authenticating documents. We would not object to better copies being made from the original extradition package in the possession of the court.

Respectfully submitted,


_____//s/Ben Bruner_____
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463

## Certificate of Service

    I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:   Christopher Snyder Assistant U.S. Attorney

<u>/s/ Ben Bruner</u>

Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463