IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of | ) |
| | ) |
| MARIA del ROSARIO MORENO-VAZQUES | ) CIVIL ACTION NO. 3:06cv761-MEF |
| a/k/a MARIA COONLEY | ) |

**ORDER**

Now pending before court is the United States' motion for leave to file amended exhibit list (doc. # 28) and the respondent's motion for hearing (doc. # 29). The court held an evidentiary hearing on June 11, 2008. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the motion for leave to file amended exhibit list (doc. # 28) be and is hereby GRANTED and the respondent's motion for hearing (doc. # 29) DENIED as moot.

Done this 12th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE