IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| ) | |
| MARIA del ROSARIO MORENO-VAZQUES ) | CIVIL ACTION NO. 3:06cv761-MEF |
| a/k/a MARIA COONLEY ) | |

**ORDER**

On June 11, 2008, the court held an evidentiary hearing on the petition for extradition. At that time, the court informed the parties that additional briefs would be required. Accordingly, as stated in open court, it is

ORDERED that on or before **June 24, 2008**, the parties shall file briefs addressing the following issues:

1. What establishes and what is the nature of the father's *patria potestas*?

2. What are the custodial rights of each parent? How are these rights created or established?

3. What, if any, distinctions are there under Mexican law between custodial rights and *patria potestas*?

It is further

ORDERED that the parties may file reply briefs on or before **July 1, 2008**, at which time this case will be deemed under submission.

Done this 12th day of June, 2008.

          /s/Charles S. Coody
          CHARLES S. COODY
          UNITED STATES MAGISTRATE JUDGE