IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

In the Matter of the Extradition of  )
MARIA del ROSARIO MORENO-VAZQUEZ  )   3:06-CV-761-MEF-CSC
    a/k/a MARIA COONLEY  )

## RESPONDENT MARIA del ROSARIO MORENO-VAZQUEZ a/k/a MARIA COONLEY'S POST-TRIAL REPLY BRIEF

COMES NOW, the respondent by and through counsel, and submits her reply brief as specified by the court in its order of June 12, 2008.

After reviewing the brief of the government, the respondent is compelled to respond to two matters. First, the government accuses the respondent of "erroneously interpret(ing)" its two precedent cases: Whallon v. Lynn, 230 F.3d 450 (1st Cir. 2000) and Gonzalez v. Gutierrez, 311 F.3d 942 (9th Cir. 2002). These cases speak for themselves and the inability of the United States to distinguish them thus causing them to claim that they are misinterpreted is disingenuous at best. Each case interpreted the Mexican law regarding custody and patria potestas and defined and distinguished each term.

The second allegation which must requires a response is that these cases involved the Hague Convention which somehow distinguishes them from the instant case insofar as the terms "custody" and "*patria potestas*" are concerned. Nothing could be further from the truth. In each case, the Court of Appeals was required to find what custody entailed under Mexican law. The fact that each Court then had to look into how the custody determined was integrated into the Hague Convention is irrelevant. The first determination was what was the custody status of an individual under Mexican law

and how was this impacted by "*patria potestas*". The determinations would have been the same regardless of the case eventually involving the Hague Convention.

Respectfully submitted,

\_\_\_\_\_//s/Ben Bruner_____
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on the parties shown below by placing a copy of the same in the U.S. Mail, properly addressed and postage prepaid or served by electronic means as allowed by this Court.

Done this 1st day of July, 2008.

_____//s/Ben Bruner_____
Ben Bruner

Chris Snyder, Esq.
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama  36101