IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ | ) | 3:06-CV-761-MEF-CSC |
| a/k/a MARIA COONLEY | ) | |
|  | ) | |

## United States's Motion to Permit Filing

The United States respectfully moves this Court to permit the filing of its Supplemental Reply Extradition Brief (Doc. No. 42), which has being filed approximately 13 minutes after its due date.

Respectfully submitted this 2nd day of July, 2008,

> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL 36104
> Phone: (334) 223-7280
> Fax: (334) 223-7135
> E-mail: christopher.a.snyder@usdoj.gov

## Certificate of Service

I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:  Ben Elton Bruner.

> /s/ Christopher Snyder
> CHRISTOPHER A. SNYDER