IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Extradition of | ) | |
| | ) | |
| MARIA del ROSARIO | ) | CIVIL ACTION NO. 3:06cv761-MEF |
| MORENO-VAZQUES a/k/a MARIA | ) | |
| COONLEY | ) | |

**O R D E R**

Now pending before the court is the July 2, 2008, motion to permit filing (doc. # 43) filed by the United States. Upon consideration of the motion and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 9th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE