IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| In the Matter of the Extradition of | ) |
| MARIA del ROSARIO MORENO-VAZQUEZ | ) CV. NO. 3:06cv761-MEF-CSC |
| a/k/a MARIA COONLEY | ) |

**Motion to Withdraw As Counsel**

Office of International Affairs Senior Trial Attorney Andrea Tisi moves to withdraw as co-counsel for the United States in this matter, because she will be going on detail for six months to the United States Attorney's Office for the District of Columbia. Assistant United States Attorney Christopher Snyder will continue to represent the United States in this matter.

Respectfully submitted this 17th day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Andrea Tisi
ANDREA TISI
Senior Trial Attorney
Criminal Division
Office of International Affairs
1301 New York Avenue, NW
Washington, DC 20530
(202) 353-4469
Email: Andrea.Tisi@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| **In the Matter of the Extradition of**<br>**MARIA del ROSARIO MORENO-VAZQUEZ**<br>    **a/k/a MARIA COONLEY** | )<br>)<br>) CV. NO. 3:06cv761-MEF-CSC<br>)<br>) |

**Certificate of Service**

I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Ben Elton Bruner.

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER