IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| ) | |
| MARIA del ROSARIO MORENO-VAZQUES ) | CIVIL ACTION NO. 3:06cv761-MEF |
| a/k/a MARIA COONLEY ) | |

**ORDER**

Now pending before court is the motion to withdraw filed by Attorney Andrea Tisi (doc. # 45). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 18th day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE