**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 22, 2008

**NOTICE OF REASSIGNMENT**

RE:    USA v. Moreno-Vazquez

       Civil Action No. 3:06cv761-MEF

The above-styled case has been reassigned to Magistrate Judge Charles S. Coody. District Judge Mark E. Fuller is no longer assigned to this case. Please note that the number case number will be 3:06cv761-CSC.