IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| ) | |
| ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ ) | CIV. NO. 3:06cv761-CSC |
| a/k/a MARIA COONLEY ) | |

**CERTIFICATE OF EXTRADITABILITY**
and
**ORDER FOR COMMITMENT**

_____

Upon completion of an evidentiary hearing and all other proceedings required by 18 U.S.C. § 3184, and based on the court's findings of fact and conclusions of law contained in the memorandum opinion entered herewith, the court concludes that there is sufficient evidence to sustain the charge of trafficking in minors violation of Article 366-*quáter* in relation to Article 366-ter of the Federal Penal Code of Mexico.  Therefore, it is hereby

CERTIFIED to the Secretary of State for the United States of America that the evidence of criminality is sufficient, under the provisions of the Extradition Treaty between the United States and Mexico, May 4, 1978, T.I.A.S. No. 9656, 31 U.S.T. 5059, to sustain the charge of trafficking in minors brought by the United Mexican States against Maria del Rosario Moreno-Vazquez a/k/a Maria Coonley.  Accordingly, it is

ORDERED as follows:

1. That a certified copy of this Certificate of Extraditability, together with a copy of all testimony and documents taken before this Court, be delivered by the Clerk of the Court to the United States Attorney for the Middle District of Alabama for transmission to

the appropriate government authorities including the Secretary of State of the United States of America so that a final decision regarding extradition may be made.

2. That, pursuant to 18 U.S.C. § 3184 which requires the court to issue a warrant for the commitment of Maria del Rosario Moreno-Vazquez to the proper jail:

a. the court's order setting conditions of release dated December 22, 2005 (doc.# 5, att. # 3) be and is hereby VACATED effective August 26, 2008 at 12:00 noon.

b. Maria del Rosario Moreno-Vazquez shall surrender herself to the United States Marshal for the Middle District of Alabama on or before **12:00 noon on August 26, 2008**, to be confined in the appropriate facilities and to remain until she is surrendered to a duly qualified agent of Mexico pursuant to the applicable provisions of Treaty and law, or until further order of the court or from the Secretary of State of the United States of America.

Done this 22nd day of August, 2008.

                                             /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE