IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of ) | |
| MARIA del ROSARIO MORENO-VAZQUEZ ) | 3:06-CV-761-CSC |
| a/k/a MARIA COONLEY ) | |

**MOTION TO MOVE THE RESPONDENT'S SELF SURRENDER DATE 48 HOURS**

COMES NOW, the respondent, Maria Coonley, by and through counsel and states as follows:

1. The respondent was ordered to turn herself in to the Marshall's before 12 noon on August 26, 2008 by order of this Court on August 22, 2008.

2. The undersigned counsel had left the office prior to that order being received by efiling.

3. Today, (August 25, 2008) the undersigned informed the respondent of the order.

4. The respondent respectfully requests an additional 48 hours to get the affairs of herself and her two children in order prior to turning herself in to the Marshalls.

5. As the undersigned will be out of town tomorrow (August 26, 2008) it will be extraordinarily difficult to advise the respondent and her family together of their legal rights prior to her surrender.

6. The respondent has complied with the terms of her release and will continue to do so until she surrenders herself.

WHEREFORE, the respondent requests an additional 48 hours of release to deal properly with her legal and personal affairs.

Respectfully submitted,

        //s/Ben Bruner
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463

## Certificate of Service

I hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:   Christopher Snyder Assistant U.S. Attorney

/s/ Ben Bruner

Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463