IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Extradition of | ) |
| | ) |
| | ) |
| MARIA del ROSARIO MORENO-VAZQUEZ | ) CIV. NO. 3:06cv761-CSC |
| a/k/a MARIA COONLEY | ) |

**O R D E R**

Now pending before the court is the respondent's motion to extend the time to self-surrender (doc. # 50). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to extend time to self-surrender (doc. # 50) be and is hereby GRANTED. Maria del Rosario Moreno-Vazquez shall surrender herself to the United States Marshal for the Middle District of Alabama on or before **12:00 noon on August 28, 2008**, to be confined in the appropriate facilities and to remain until she is surrendered to a duly qualified agent of Mexico pursuant to the applicable provisions of Treaty and law, or until further order of the court or from the Secretary of State of the United States of America.

The Clerk of the Court is DIRECTED to notify defense counsel, the United States Attorney for the Middle District of Alabama, the United States Marshal, and Pretrial Services of this order.

Done this 25th day of August, 2008.

                                        /s/Charles S. Coody
                                   CHARLES S. COODY
                                   UNITED STATES MAGISTRATE JUDGE